UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CALDERON

v.                                              CASE NO. 3:02 CV 1767 (SRU)

OFFICER PAUL CAVALIER, ET AL.

## RULING ON MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

The plaintiff, Marty Calderon, has moved for leave to proceed in forma pauperis, pursuant to 28 U.S.C. § 1915, with respect to the appeal she filed from the denial in part of her motion to compel production of documents from defendant the City of New Haven. The present motion is denied.

Although Calderon appears to be unable to pay the fees required for filing an appeal, she fails to qualify for in forma pauperis status. The statute expressly provides that "[a]n appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3). Here Calderon has filed an interlocutory appeal from a discovery ruling. The ruling appealed from is not a final order and has not been certified for appeal. Accordingly, there is no right to appeal. Under these circumstances, Calderon's appeal is not taken in good faith and, therefore, the motion for leave to proceed in forma pauperis (doc. # 70) must be and hereby is denied.

It is so ordered.

Dated at Bridgeport this 10th day of October 2003.

/s/ Stefan R. Underhill
Stefan R. Underhill
United States District Judge