MARTY CALDERON :NO 3:02CV01767
    PLAINTIFF
V. :UNITED STATES DISTRICT COURT

OFFICER PAUL CAVALIER, :BRIDGEPORT, CT
CITY OF NEW HAVEN, NEW
HAVEN POLICE DEPT. :OCTOBER 17, 2003

FILED 2003 OCT 17 P 12: 38

## MOTION TO COMPEL DISCLOSURE

Pursuant to the Federal Rules of Civil Procedure 26 and 27, the plaintiff is moving to compel the production of the following "things" and "documents."

On October 2, 2003, this court heard arguments from the parties in regards to motions to compel documents.

One of the plaintiff's motions requested of the defendants the following:

"Produce all complaints filed by the plaintiff against Christopher Santos, DOB 12/22/55 at the following addresses, 296 Lenox St.; 56 Blake St.; 34 Market St.; and 109 Rock Creek Rd. in New Haven, CT." This interrogatory was sent to the defendants on July 29, 2003.

This motion was granted by Judge Stefan Underhill at the oral hearing and the defendants were ordered to turn over the documents in 10 days. The defendants have responded with a "few" of these complaints on October 8, 2003. However, there are some missing, in that while the plaintiff resided with Christopher Santos from 1974 until approximately 1986, the plaintiff was subjected to a series of domestic violence on the part of Christopher Santos in which the New Haven Police Dept. was called for assistance. Sometimes he was arrested and sometimes he was not. The plaintiff requests the court to compel the defendants to turn over the documents in that the plaintiff has claimed that Christopher Santos alleged complaint given to Officer Paul Cavalier on or about October 6, 2000 was false.

1

In addition, on October 2, 2003 Judge Stefan Underhill ordered and the defendant's counsel, Attorney Michael Wolak agreed that the defendants would turn over any 911 tape recording of the alleged October 6, 2000 incident in which defendant, Officer Paul Cavalier claims he responded to on the basis of a complaint by Christopher Santos. In October of 2000, the plaintiff had filed with GA6, Superior Court in New Haven a motion to preserve all evidence and the court notified the New Haven Police Department of same. As of October 16, 2003, the plaintiff has not received any copies of 911 calls from the defendants.

The plaintiff therefore requests the court to compel the defendants to produce the aforementioned "documents" and "things." Let the defendants please be advised that my married name was, Martinia Santos for record purposes.

PLAINTIFF _Marty Calderon_

Marty Calderon
P.O. Box 503
Norwalk, CT 06852
centoriacalderon@hotmail.com

**I certify that this motion was mailed to the defendants by October 17, 2003 at:**

Attorney Michael Wolak
City of New Haven
165 Church Street
New Haven, CT

PLAINTIFF _Marty Calderon_

Marty Calderon
P.O. Box 503
Norwalk, CT 06852
centoriacalderon@hotmail.com

2

## **ORDER**

The aforementioned is hereby granted.

_____
Judge