DENIED. Rule 52(a) does not require findings and conclusions to be issued when ruling on a discovery motion. In addition, there is no right to appeal the order, so findings and conclusions are not necessary for purposes of appeal. So ordered.

Stefan R. Underhill
United States District Judge
10/20/03

| | |
|---|---|
| MARTY CALDERON<br>PLAINTIFF | :NO 3:02CV01767 SRU<br>FILED |
| V. | :UNITED STATES DISTRICT COURT |
| OFFICER PAUL CAVALIER, CITY OF NEW HAVEN, NEW HAVEN POLICE DEPT.<br>DEFENDANT | :BRIDGEPORT, CT<br>:OCTOBER 10, 2003 |

## MOTION TO STATE CONCLUSIONS OF LAW

On October 10, 2003, the court heard oral arguments from the parties on the plaintiff's Motion to Compel "Internal Affairs Complaints filed against defendant, Officer Paul Cavalier in the last 10 years." The court denied this plaintiff's Motion To Compel and the plaintiff is hereby requesting pursuant to Rule 52(a), the court to issue an opinion or conclusion of law of which this motion was denied. The plaintiff is requesting this for appellate purposes.

PLAINTIFF _Marty Cald_

Marty Calderon
P.O. Box 503
Norwalk, CT 06852

## CERTIFICATON

This motion has been sent via U.S. mail to the following counsel of record on Oct. 10, 2003:

Attorney Michael Wolak, III
Office of Corporation Counsel
City of New Haven
165 Church Street
New Haven, CT 06510

PLAINTIFF _Marty_

Marty Calderon
P.O. Box 503
Norwalk, CT 06852