| | |
|---|---|
| MARTY CALDERON<br>PLAINTIFF | :NO 3:02CV01767 |
| V. | :UNITED STATES DISTRICT COURT |
| OFFICER PAUL CAVALIER, CITY OF NEW HAVEN, NEW HAVEN POLICE DEPT.<br>DEFENDANT | :BRIDGEPORT, CT<br><br>:OCTOBER 10, 2003 |

## MOTION FOR RECONSIDERATION

On October 10, 2003, the court heard oral arguments from the parties on the plaintiff's Motion to Compel "Internal Affairs Complaints filed against defendant, Officer Paul Cavalier in the last 10 years, and has any arrestee ever filed an internal affairs complaint with the New Haven Police Dept. in the last 10 years and give the names and dates of complainants." The defendant's counsel admitted their were complaints filed against Officer Paul Cavalier and the New Haven Police Dept. but that they were not relevant to the plaintiff's complaint. The court denied the plaintiff's Motion To Compel Document No. 55, 56, 58, 59, and 64 and the plaintiff is hereby requesting the court to reconsider its decision based on the following case law.

Pursuant to Federal Rule of Civil Procedure 26(c) the plaintiff's claims that the court could have ordered an in camera inspection of the documents in question or the court could have ordered the defendants to turn over redacted versions of the Internal Affairs complaints (See Mensah Sasu v. Ed Yoshimura, 147 F.R.D. 173 (1993). The plaintiff also claims that in Scaife v. Brenne, 191 F.R.D. 590, 595-596 (2000), a complaint filed based on false arrest and excessive force, the court held that there are exceptions for releasing complaints against defendant police officers such as where the plaintiff is claiming punitive damages and the city is a defendant. Accordingly, the plaintiff argued at the motion to compel hearing on October 2, 2003 that the defendant's misconduct complaints are relevant in regards to her claim of the City's failure to

1

train and prior pattern of misconduct. The plaintiff claims this is in accordance with <u>King v. Conde</u>, 121 F.R.D. 180, 191 (F.D.N.Y. 1988) and <u>Soto v. Concord</u>, 162 F.R.D. 603, (1995).

The plaintiff is requesting that the court reconsider its denial of the plaintiff's motions to compel and order the defendant's to release any or all of the following:a)only defendant, Officer Paul Cavalier's prior Internal Affairs complaints, b)New Haven Police Department Internal Affairs complaint which have been redacted.

The plaintiff claims that the requested information is relevant to her claims against Officer Paul Cavalier and the City of New Haven.

PLAINTIFF *Marty Calderon*

Marty Calderon
P.O. Box 503
Norwalk, CT 06852

## CERTIFICATON

This motion has been sent via U.S. mail to the following counsel of record on Oct. 10, 2003:

Attorney Michael Wolak, III
Office of Corporation Counsel
City of New Haven
165 Church Street
New Haven, CT 06510

PLAINTIFF *Marty Calderon*

Marty Calderon
P.O. Box 503
Norwalk, CT 06852

2

## **ORDER**

The motion is hereby granted.

_____
Judge