# DISTRICT OF CONNECTICUT -  BRIDGEPORT
## NOTICE OF APPEAL COVER MEMO

COPY

**DATE:**  __October 10, 2003__     **TO:**   Intake Clerk

**FROM:**  Judith D. Fazekas (203) 579-5951

**CASE TITLE:**     Calderon v. Cavalier, et al

**DOCKET NO.:**     3:02CV1767(SRU)

**NOTICE OF APPEAL:**  filed:  October 3, 2003

**APPEAL FROM:**    final judgment: __

interlocutory: **Denial of Motion to Compel (Internal Affairs Report)**

other:_____

**DOCKET SHEET:**   Attorney, updated address & phone number for each party _Y__

All parties are listed on Docket Sheet
(Including Third Parties) _Y__

All docket entries and dates are included _Y___

**FEE STATUS:**     Paid _____     Due _____     N/A _____

IFP revoked _____     Application Attached _____

IFP pending before district judge _Yes_

**COUNSEL:**    CJA _____     Retained _____     Pro Se _____

**TIME STATUS:**    Timely _✓_   Out of Time _____

**MOTION FOR
EXTENSION OF TIME:** Granted _____     Denied _____

**COA:**    Granted _____     Denied _____

**COMMENTS AND CORRECTIONS:**

#70, Motion for Leave to Proceed IFP pending

**I HEREBY ACKNOWLEDGE RECEIPT OF THE NOTICE OF APPEAL.**

SIGNED: _____ **DATE:** _OCT 15 2003_
**DEPUTY CLERK, USCA**