UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

**MARTY CALDERON**
    **Plaintiff**

2003 OCT 30 P 12: 22

VS.

US DISTRICT COURT
BRIDGEPORT CT

**CASE NUMBER:
302CV1767 (SRU)**

**NEW HAVEN POLICE DEPARTMENT,
OFFICER PAUL CAVALIER (OFFICIAL
CAPACITY), CITY OF NEW HAVEN**
    **Defendants**

**OCTOBER 29, 2003**

### MOTION FOR ENLARGEMENT OF TIME TO FILE DISPOSITIVE MOTIONS

Defendants move for an enlargement of time to file dispositive motions from November 30, 2003, to January 31, 2004, and as grounds therefore would show as follows:

1.    Plaintiff has moved for, and has been granted an extension of time to complete discovery until December 31, 2003;

2.    It would appear that the filing of dispositive motions should not take place until the discovery period has concluded so that extensions of time will not be requested to respond to a dispositive motion on the grounds that additional discovery is needed to respond.

3.    On or about October 6, 2003, undersigned counsel discussed over the telephone such an enlargement of time to file dispositive motions with the pro se plaintiff, and it is the impression of undersigned counsel that the pro se plaintiff did not have an objection to this enlargement of time.

**ORAL ARGUMENT NOT REQUESTED**

THE DEFENDANTS

BY: _____
Michael A. Wolak, III
Assistant Corporation Counsel
City of New Haven
Office of Corporation Counsel
165 Church Street
New Haven, CT 06510
(203)946-7970
Fed. Bar #ct12681
Their Attorney

**CERTIFICATION OF SERVICE**

This is to certify that a copy of the foregoing was mailed, postage prepaid, on October 29, 2003, to the following pro se party:

Marty Calderon
P.O. Box 503
Norwalk, CT 06852

_____
Michael A. Wolak, III

J:\CYCOM32\WPDOCS\D029\P002\00006383.DOC