UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRCT-Bridgeport, Ct.
02-cr-157
UNDERHILL

-------------------------------------------X

UNITED STATES                                02 - CR - 157 - 1

VS.                                          USCA NO: _____

SAUL DOS REIS

-------------------------------------------X

## INDEX TO THE RECORD ON APPEAL

|  | No. of Pages |
|---|---|
| Certified Copy of Docket Sheet | 12 |

| | Document No. |
|---|---|
| Complaint, doc # 1 | 1 |
| Initial Presentment, doc # 2 | 2 |
| Motion by USA for Pre-trial Detention, doc # 3 | 3 |
| Order of Detention, doc # 4 | 4 |
| Sealed CJA Financial Affidavit, doc # 5 | 5 |
| CJA 20, doc # 15 | 6 |
| Detention Hearing; Granted Govt's motion for Pretrial Detention; Defendant's Oral Motion to withdraw Attorney James Pickerstein Granted; Defendant's Oral Motion to admit Pro Hac Vice Peter Tilem & James Lenihan Granted; Probable Cause Hearing set for 5-3-02 at 2:45; Defendant Detained (HBF), doc # 6 | 7 |

I HEREBY ACKNOWLEDGE RECEIPT
OF THE CERTIFIED COPY OF DOCKET
ENTRIES, INDEX AND
VOLUMES OF ORIGINAL RECORD.

DATE: 10/29/03

Roseann B. MacKechnie
CLERK, U.S.C.A. 2nd Cir.

RECEIVED
03 OCT 27 PM 4:07
U.S. COURT OF APPEALS
SECOND CIRCUIT