

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

**MARTY CALDERON**
**Plaintiff**

2003 OCT 30 P 12:22

US DISTRICT COURT
BRIDGEPORT CT

VS.

CASE NUMBER
302CV1767 (SRU)

**NEW HAVEN POLICE DEPARTMENT,**
**OFFICER PAUL CAVALIER (OFFICIAL**
**CAPACITY), CITY OF NEW HAVEN**
**Defendants**

OCTOBER 29, 2003

### MOTION FOR ENLARGEMENT OF TIME TO FILE DISPOSITIVE MOTIONS

Defendants move for an enlargement of time to file dispositive motions from November 30, 2003, to January 31, 2004, and as grounds therefore would show as follows:

1. Plaintiff has moved for, and has been granted an extension of time to complete discovery until December 31, 2003;

2. It would appear that the filing of dispositive motions should not take place until the discovery period has concluded so that extensions of time will not be requested to respond to a dispositive motion on the grounds that additional scovery is needed to respond.

3. On or about October 6, 2003, undersigned counsel discussed over e telephone such an enlargement of time to file dispositive motions with the pro  plaintiff, and it is the impression of undersigned counsel that the pro se aintiff did not have an objection to this enlargement of time.

**RAL ARGUMENT NOT REQUESTED**

Motion Granted.
Discovery cutoff date December 31, 2003.
Dispositive Motions Due by January 31, 2004.
SO ORDERED
11/18/03
Stefan R. Underhill, U.S.D.J.