MARTY CALDERON  
    PLAINTIFF

V.

OFFICER PAUL CAVALIER, CITY OF  
NEW HAVEN, NEW HAVEN POLICE DEPT.

NO. 3:02CV01767(SRU)

UNITED STATES DISTRICT COURT

AT BRIDGEPORT, CONNECTICUT

NOVEMBER 20, 2003

FILED  
2003 NOV 21 P 12: 04  
US DISTRICT COURT  
BRIDGEPORT CT

## MOTION TO EXTEND DISCOVERY UNTIL JANUARY 31, 2004

The plaintiff herewith files a Motion to Extend Discovery until January 31, 2004 in that the plaintiff has just started new employment and she needs an extension of time to continue discovery.

PLAINTIFF *[signature]*

Marty Calderon  
P.O. Box 503  
Norwalk, CT 06852  
(203)545-4718

### CERTIFICATION

This certifies that the plaintiff has sent a copy of this motion via U.S. mail to the defendant's counsel:

Attorney Michael Wolak  
City of New Haven  
165 Church Street  
New Haven, CT

PLAINTIFF *[signature]*

Marty Calderon  
P.O. Box 503  
Norwalk, CT 06852  
(203)545-4718