02CV1767nextTime
02CV1767end

MARTY CALDERON      NO. 3:02CV01767(SRU)
PLAINTIFF

V.                  UNITED STATES DISTRICT COURT

OFFICER PAUL CAVALIER, CITY OF       AT BRIDGEPORT, CONNECTICUT
NEW HAVEN, NEW HAVEN POLICE DEPT.    NOVEMBER 20, 2003

RECEIVED
2003 NOV 21 P 12: 04
US DISTRICT COURT
BRIDGEPORT CT

## MOTION TO EXTEND DISCOVERY UNTIL JANUARY 31, 2004

The plaintiff herewith files a Motion to Extend Discovery until January 31, 2004 in that the plaintiff has just started new employment and she needs an extension of time to continue discovery.

PLAINTIFF /s/ Marty Calderon

Marty Calderon
P.O. Box 503
Norwalk, CT 06852
(203)545-4718

### CERTIFICATION

This certifies that the plaintiff has sent a copy of this motion via U.S. mail to the defendant's counsel

Attorney Michael Wolak
City of New Haven
165 Church Street
New Haven, CT

PLAINTIFF /s/ Marty Calderon

Marty Calderon
P.O. Box 503
Norwalk, CT 06852
(203)545-4718

FILED 2003 DEC 2 P 3: 16

GRANTED. Future motions to extend time must comply with Local Rule 7(b)3 by indicating whether or not opposing counsel consents to the requested extension. So Ordered. /s/
Stefan R. Underhill
United States District Judge
12/02/03