UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 APR 13 P 5: 12
U.S. DISTRICT COURT
BRIDGEPORT, CONN

MARTY CALDERON

v.

PAUL CAVALIER, ET AL

02CV1767(ORD)
Civ. Action No.
3:02CV1767 (SRU)

## ORDER RE: STATUS

On or before **May 3, 2004**, the parties shall file with the Clerk at Bridgeport a joint status report setting forth responses to the questions set forth below (it is not necessary for the parties to recite the questions in their report). If the parties disagree with respect to an answer, set forth the different responses. A courtesy copy of the report, both in hard copy and on a 3.5" computer diskette (in WordPerfect format), shall be submitted to Chambers.

A.  **OVERVIEW OF THE CASE**

   1. Briefly describe the nature of this matter, the relief requested, and any relationship this case may have to other pending actions.

   2. Provide a concise summary of disputed issues of fact and law.

   3. Briefly describe what discovery has been taken to date. Is discovery completed? If not, how much additional time is needed and what additional discovery is necessary? Will there be a request for a modification of the Scheduling Order? If so, what will be the request?

   4. What do the parties believe that the Court can do to facilitate the resolution of this case?

B.  **SETTLEMENT**

   1. The parties are directed to discuss settlement in good faith and to certify that they have done so since the issuance of this order.

   2. When was the last settlement conference and who conducted it? Are there any

outstanding reports due the person conducting the settlement conference?

3. Do the parties believe a settlement conference or assignment to a special master would be beneficial at this time? If not, explain what additional discovery or motion practice is necessary to facilitate settlement discussions.

**C.** **TRIAL PREPARATION**

1. When will the case be ready for trial?

2. What additional preparation, other than that previously discussed, is required?

3. Are there additional pleadings to be filed? If so, identify them.

It is so ordered.

Dated at Bridgeport this 13th day of April, 2004.

Stefan R. Underhill
United States District Judge