**MANDATE**

D.Ct. NEW HAVEN
02-cv-1767
Underhill, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

FILED
2004 JUN 17 P 2: 23
U.S. DISTRICT COURT
BRIDGEPORT, CONN

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, at Foley Square, in the City of New York, on the 22nd day of March two thousand four,

Present:
    Hon. Robert D. Sack,
    Hon. Sonia Sotomayor,
    Hon. Reena Raggi,
        *Circuit Judges.*



Marty Calderon,

        Plaintiff-Appellant,

v.                                          03-9071

Paul Cavalier, Officer, New Haven Police Deparment,
City of New Haven,

        Defendants-Appellees.

This Court has determined *sua sponte* that it lacks jurisdiction over this appeal because a final order has not been issued by the district court as contemplated by 28 U.S.C. § 1291. Therefore, it is ORDERED that the appeal is dismissed. Additionally, Appellant's motion to reopen her appeal is denied as moot.

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _____
    DEPUTY CLERK

MAR 2 2 2004

SAO-LFR

FOR THE COURT:
Roseann B. MacKechnie, Clerk
By _____

ISSUED AS MANDATE: JUN -7 2004