UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARTY CALDERON : | |
| : | |
| v. : | |
| : | No. 3:02cv1767 (SRU) |
| : | |
| PAUL CAVALIER, ET AL : | |

**NOTICE TO PARTIES AND ORDER**

Pursuant to Local Rules 16(f) and 41(a), notice is hereby given to all counsel of record that this matter is subject to dismissal and/or sanctions may be imposed on any party or counsel for failure to respond to the Court's Order Re: Status dated **April 13, 2004** (**doc. # 89**).

Failure of a party to show proper cause why it failed to submit a status report could result in dismissal and/or sanctions being imposed by this court. Such proper cause shall be shown in writing and filed with the Clerk's office by **August 4, 2004**.

It is so ordered.

Dated at Bridgeport this 14th day of July 2004.

    /s/ Stefan R. Underhill
Stefan R. Underhill
United States District Judge