MARTY CALDERON  :No. 3:02cv01767(SRU)
PLAINTIFF

V.  :UNITED STATES DISTRICT COURT

OFFICER PAUL CAVALIER,  :AT HARTFORD, CONNECTICUT
CITY OF NEW HAVEN,
NEW HAVEN POLICE DEPT.,  :AUGUST 2, 2004
DEFENDANTS

## MOTION TO SUPPLEMENT COMPLAINT

Pursuant to the Federal Rules of Civil Procedure 15 et sequence, the plaintiff moves to supplement her complaint with exhibits relevant to the prosecution of this civil action in that they are relevant to the facts of this case.

Plaintiff _/s/ Marty Calderon_

Marty Calderon
P.O. Box 503
Norwalk, CT 06852
(860)593-3592

## CERTIFICATION

I certify that I have sent a copy of this pleading to the defendant's counsel at:

Attorney Michael A. Wolak, III
City of New Haven
Office of the Corporation Counsel
165 Church Street
New Haven, CT 06510

Plaintiff _/s/ Marty Calderon_

Marty Calderon
P.O. Box 503
Norwalk, CT 06852
(860)593-3592

1

## **ORDER**

I hereby grant the aforementioned motion by the plaintiff to supplement her complaint.

_____
Judge