UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**MARTY CALDERON**
    Plaintiff

VS.                                                               **CASE NUMBER:**
                                                                            **302CV1767 (SRU)**

**NEW HAVEN POLICE DEPARTMENT,**
**OFFICER PAUL CAVALIER (OFFICIAL**
**CAPACITY), CITY OF NEW HAVEN**                    **JULY 29, 2004**
    **Defendants**

## DEFENDANTS' EXPLANATION FOR FAILURE TO
## FILE JOINT STATUS REPORT

Pursuant to the Notice to Parties and Order issued by the court on July 14, 2004, undersigned counsel provides the following explanation for the failure of the defendants to comply with the court's order of April 13, 2004, regarding a Joint Status Report:

1.    In response to the court's order of April 13, 2004, undersigned counsel mailed to the pro se plaintiff a letter, dated April 15, 2004, requesting that the pro se plaintiff contact undersigned counsel after his return from vacation on April 26, 2004, so that a Joint Status Report could be prepared.  (A copy of this letter is attached hereto in Appendix A).

2.    The pro se plaintiff never responded to undersigned counsel's letter of April 15, 2004, and the letter was never returned to undersigned counsel as being undeliverable.

3.     Undersigned counsel intended to properly calendar his file so that he could follow up with the pro se plaintiff on Monday, April 26, 2004, but due to the file being improperly 'tickled," it did not show up on his written calendar on that date and consequently was not re-calendared.

4.     On July 26, 2004, the pro se plaintiff contacted undersigned counsel (to discuss the Joint Status Report, and as a result of that conversation, undersigned counsel prepared a draft Joint Status Report which was e-mailed to the pro se plaintiff for her review.

5.     The pro se plaintiff responded to the draft with additions to the Joint Status Report that she insists on being included.  (A copy of Joint Status Report is attached hereto in Appendix B).

6.     As per the direction of the pro se plaintiff, undersigned counsel will mail this Joint Status Report, signed by him, to the pro se plaintiff, with a diskette, and she will then sign it and file it with the court.

7.     Undersigned counsel believes that the Joint Status Report will be filed with the court on or before August 4, 2004.

8.     Undersigned counsel apologies to the court for any inconvenience caused by the failure to comply with its order of April 13, 2004, pertaining to the filing of the Joint Status Report.  Undersigned counsel assures the court that such failure was not intentional.

THE DEFENDANTS,


/S/:_____
Michael A. Wolak, III
Assistant Corporation Counsel
City of New Haven
Office of Corporation Counsel
165 Church Street
New Haven, CT 06510
(203)946-7970
Fax #: (203) 946-7942
E-mail: mwolak@newhavenct.net
Fed. Bar #ct12681
Their Attorney


**CERTIFICATION OF SERVICE**

This is to certify that a copy of the foregoing was hand-delivered and/or mailed on July 29, 2004, to the following pro se party:

Marty Calderon
P.O. Box 503
Norwalk, CT 06852



 /S/_____
Michael A. Wolak, III

# APPENDIX A

# APPENDIX B