| | |
|---|---|
| MARTY CALDERON<br>PLAINTIFF | :NO 3:02CV01767(SRU) |
| | :UNITED STATES DISTRICT COURT |
| V. | |
| | :BRIDGEPORT, CT |
| OFFICER PAUL CAVALIER,<br>CITY OF NEW HAVEN, ET AL.<br>DEFENDANTS | AUGUST 30, 2004 |

## MOTION TO DISCLOSE PLAINTIFF'S DEPOSITION

Pursuant to the Federal Rules of Civil Procedure Rule 26, 30, 32, 34, and 37 the plaintiff moves the court to order the defendants to give the plaintiff a copy of her deposition taken by Attorney Michael Wolak almost a year ago.

The plaintiff could not afford to pay for the deposition when the deposition was taken and opposing counsel never gave the plaintiff a copy of it. Since the first week of August 2004, the plaintiff has asked opposing counsel's office for a cost of the deposition and they have failed to accommodate the plaintiff so as to deny her a copy of the transcript.

In addition, the plaintiff contacted the owner of Selig Court Reporters, 208 Currier Drive, Orange, CT 06477 and Court Reporter Ms. Michele Mascia who were hired by the defendant's counsel to take the deposition and they have failed to accommodate the plaintiff with a copy of the transcript.

The plaintiff claims it is standard litigation procedure to give a copy of the transcript to the plaintiff at her request and to deny her a copy is an obstruction of justice.

It is for the foregoing reasons that the plaintiff moves the court to order the defendants to turn over a copy of her deposition.

1

PLAINTIFF _/s/ Marty Calderon_

Marty Calderon
P.O. Box 503
Norwalk, CT 06852
(860)593-3592

CERTIFICATION

I certify that a copy of this motion was mailed U.S. Mail to the following opposing counsel:

Attorney Michael Wolak          PLAINTIFF _/s/ Marty C._
City of New Haven               Marty Calderon
165 Church Street               P.O. Box 503
New Haven, CT 06510             Norwalk, CT 06852
                                (860)593-3592

2

## ORDER

The aforementioned motion to take the deposition of Officer Paul Cavalier is hereby granted.

_____

Judge