MARTY CALDERON        :NO 3:02CV01767(SRU)
     PLAINTIFF             2004 AUG 30  A  7 31

                        :UNITED STATES DISTRICT COURT
V.

                        :BRIDGEPORT, CT

OFFICER PAUL CAVALIER,
CITY OF NEW HAVEN, ET AL.        AUGUST 30, 2004

## MOTION TO TAKE A DEPOSITION OF OFFICER PAUL CAVALIER

Pursuant to the Federal Rules of Civil Procedure Rule 30, the plaintiff moves the court to take the deposition of Officer Paul Cavalier at a time that is convenient for the defendants and the plaintiff.

The plaintiff could not take the deposition prior to this time because she could not afford to financially.

It is for the foregoing reasons that the plaintiff moves the court to allow her to dispose Officer Paul Cavalier.

PLAINTIFF _Marty Calderon_

Marty Calderon
P.O. Box 503
Norwalk, CT 06852
(860)593-3592

### CERTIFICATION

I certify that a copy of this motion was mailed U.S. Mail to the following opposing counsel:

Attorney Michael Wolak       PLAINTIFF _Marty Cal_
City of New Haven              Marty Calderon
165 Church Street             P.O. Box 503
New Haven, CT 06510          Norwalk, CT 06852
                           (860)593-3592

1

**ORDER**

The aforementioned motion to take the deposition of Officer Paul Cavalier is hereby granted.

———————————————

Judge