MARTY CALDERON : No. 3:03cv01767(SRU)
PLAINTIFF

V. : UNITED STATES DISTRICT COURT

: AT HARTFORD, CONNECTICUT

OFFICER PAUL CAVALIER,
CITY OF NEW HAVEN, : AUGUST 2, 2004
NEW HAVEN POLICE DEPT.,
DEFENDANTS

## SUPPLEMENTAL COMPLAINT

1. On or about October 4, 2002 I filed a complaint with this court for various civil right violations stemming from a complaint taken by Officer Paul Cavalier from my ex-husband, Christopher Santos, DOB, 12/22/55, who has been arrested and incarcerated for assaults on me and serious drug dealing.

2. At the time of filing this complaint I did not have available in my possession the attached judicial records from the arrest and incarceration of Mr. Christopher Santos for dealing the drug referred to as cocaine in which he served a five year sentence in the State of Connecticut and I supplementing these exhibits pursuant to the Federal Rules of Civil Procedure 15.

3. This supplemental complaint is to attach Exhibit #1 (10 pages) of those judicial records to prove that Mr. Christopher Santos is an ex felon and is not a trustworthy individual and he engages in serious illegal activity and the City of New Haven and Officer Paul Cavalier should have known about the criminal nature of Mr. Christopher Santos when he made a false complaint about the plaintiff on October 6, 2000 in that these records are kept on file for 20 years and they are on his police

1

record forever and it was the New Haven Police Department that initiated that particular prosecution of Mr. Santos and the information was public at the time Mr. Santos made a false complaint against the plaintiff on October 6, 2000.

Plaintiff *Marty Calderon* (signature)

Marty Calderon
P.O. Box 503
Norwalk, CT 06852
(860)593-3592


## CERTIFICATION

I certify that I have sent a copy of this pleading to the defendant's counsel at:

Attorney Michael A. Wolak, III
City of New Haven
Office of the Corporation Counsel
165 Church Street
New Haven, CT 06510

Plaintiff *Marty Calderon* (signature)

Marty Calderon
P.O. Box 503
Norwalk, CT 06852
(860)593-3592

**EXHIBIT #1**

CRIMINAL DOCKET SHEET
Form JDSR 429 Rev. 12/72

## SUPERIOR COURT
### New Haven County

STATE vs. Christopher Santos   Puerto Rico   NO. CR6-307109 JD
Age: 33   Date of birth: 12-22-55   Companion Nos.
May Term, 19 89

DATE:

Bench warrant issued. Bond: $
Bench warrant returned. Advice of rights.
**Trans. received** from GA-6 (5-9-89)

Bond posted: $   Other release:
  Surety:
                              ☐ Bond forfeited.
                              (See other side)

Counsel appeared. Name: (P D)(J. Romeo) P Blusinger
Guardian appointed. Name:

Plea to 1st count: NG  On Sud 1990  Election: )(   DATE:
7-16-89   2nd count:                    Trial began before         , J. and jury of
          3rd count:                    Trial ended. Verdict or finding:
          4th count:                      Guilty to counts
          5th count:                      Not guilty: (Charge-statute section)
                                            1st count:
10-3-89 Change of plea to counts 1 (Alford)  2nd count:
                                            3rd count:
Substitute information filed. Plea of guilty  4th count:
   to counts                                5th count:
Nolle by state's attorney:                 Mistrial declared.
   (Charge-statute section)
 1st count:
 2nd count:
 3rd count:                      Pre-sentence investigation ordered
 4th count:                          for  11-9-89
 5th count:                         (Date of sentence)  Gormley, J.

Sentence-judgment 5-16-89 AM BLOKN 11-90 (Include charge-statute section.)
1st count: Failure to Appear, 1st degree  53a-172

                  JUDGMENT                              ~~State Prison~~ Probation Dept.
                                                        notified of Sentence
2nd count:
         Judgment of Guilty of the charge of            Feb. 21 1990
         Failure to Appear 1st deg.
         Entered 11-9-89, Ommins, J. after
         a plea of Guilty to said charge.
3rd count:  Sentence imposed of WMR CONR
         1 yr Suspended w/ReKnfT 1]
         6-307060 CPo 3 Conditions in
4th count: 6-307060      By the Court

                         Clerk
5th count:

                                                                 Clerk.

CRIMINAL DOCKET SHEET
Form JDSR 429 Rev. 12/72

## SUPERIOR COURT
### New Haven County

STATE vs. Christopher Santos — Puerto Rico        NO. CR6-307060 JD
Age: 33    Date of birth: 12-22-55        Companion Nos.
May Term, 19 89

Control #89-147 WW

DATE:
Bench warrant issued. Bond: $
Bench warrant returned. Advice of rights.
**Trans. received** from GA-6 (5-9-89)

Bond posted: $        Other release:
Surety:
                                        ☐ Bond forfeited.
                                          (See other side)
Counsel appeared. Name: (PD)(J. Romeo) P Bluminger
Guardian appointed. Name:

5-16-89
Plea to 1st count: NG    Ch Sub 1-6-0  Election: JG        DATE:
       2nd count: NG              JG        Trial began before            , J. and jury of
       3rd count: NG              JG        Trial ended. Verdict or finding:
       4th count:                           Guilty to counts
       5th count:                           Not guilty: (Charge-statute section)
                                              1st count:
Change of plea to counts                     2nd count:
                                              3rd count:
10-3-89  Substitute information filed. Plea of guilty   4th count:
         to counts 1 (Alford)                 5th count:
Nolle by state's attorney:                   Mistrial declared.
  (Charge-statute section)
  1st count:
  2nd count:
  3rd count:                                 Pre-sentence investigation ordered
  4th count:                                   for 11-9-89
  5th count:                                   (Date of sentence) Gormley, J.

---

Sentence-judgment (Include charge-statute section.)                    , J.
1st count:    Possession of Narcotics w/Intent to Sell   21a-277(a)

                                          **State Prison Probation Dept.**
                                          **notified of Sentence**

2nd count:    Possession of Narcotics   21a-279(a)        Feb. 21 19 90

3rd count:    Delivery of Drug Paraphernalia  21a-267(b)     NR1
                                                             NR1
              10-3-89  Sub. Into.                  **JUDGMENT**
4th count:    VSNDA, 21a-277(a).          Judgment of Guilty of the charge of
                                          VSNDA 21a-277(a)
                                          Entered 11-9-89 , [illegible], J. after
                                          a plea of Guilty to said charge.
                                          Sentence imposed of Comm Corr
5th count:                                15 yrs SUSPENDED AFTER 11 mo CPD 3 yrs
                                          Conditions: Drug Evaluation and [illegible]
                                          [illegible] is VOP. Further Employment [illegible]
                                          By the Court [illegible]
                                          [signature] Clerk
                                          [signature] Clerk

**STATE OF CONNECTICUT**
**SUPERIOR COURT**

REV 2/84

| INFORMATION | COURT DATE | AT: | | DOB: 12/22/55 |
|---|---|---|---|---|
| YES | 05/05/89 | GA06 - NEW HAVEN | | DISPOSITION DATE: |
| | | | | DOCKET NO: CR-89-0307060-S |

The undersigned Deputy Assistant State's Attorney of the Superior Court of the State of Connecticut, in said Geographical Area on his/her oath of office complains, deposes, and alleges, that he/she has reason to believe and does believe that:

| SANTOS, CHRISTOPHER | NEW HAVEN | CT | 467 FERRY ST |

Did commit the crimes recited below:

COUNT NO. 001    INT/SEL IL SUBMAN. CNT. DR. NARC.    AT: NEW HAVEN
ON OR ABOUT: 05/04/89    IN VIOLATION OF CGS/PA NO: 21a-277(a)

COUNT NO. 002    POSSESSION OF NARCOTICS    AT: NEW HAVEN
ON OR ABOUT: 05/04/89    IN VIOLATION OF CGS/PA NO: 21a-279(a)

COUNT NO. 003    AT:
ON OR ABOUT:    IN VIOLATION OF CGS/PA NO:

| SEE OTHER SHEETS FOR ADDITIONAL COUNTS | DATE | SIGNED (DEPUTY ASST. STATES ATTORNEY) |

**COURT ACTION**

DEFENDANT ADVISED OF RIGHTS BEFORE PLEA
JUDGE: CLARK, J    DATE: MAY 5 1989    BOND: 30,000    SURETY: ☐ CASH    ELECTION: ☐ COURT ☐ JURY
ATTY. ☐ PUB. DEFENDER    GUARDIAN    REDUCTION    B.O.    APPEAL    ELECTION WITHDRAWN DATE ☐    ☐ SEIZED PROPER

| COUNT NO. | PLEA DATE | PLEA | PLEA WITHDRAWN DATE | NEW PLEA | VERDICT FINDING | FINE | DAYS IN JAIL | ADDITIONAL DISPOSITION |
|---|---|---|---|---|---|---|---|---|
| 001 | | | | | | | | |
| 002 | | | | | | | | |
| 003 | | | | | | | | |

| DATE | OTHER COURT ACTION | JUDGE | | CONTINUANCES | | |
|---|---|---|---|---|---|---|
| | | | | DATE | PURPOSE | REASON |
| MAY 5 1989 | PROBABLE CAUSE FOUND | CLARK, J | | 5-16 | PART A | |
| MAY 5 1989 | TRANS TO PART A | | | | | |
| MAY 5 1989 | SPEC P.D. J. RIADDA | | | | | |

| FINE PAID | RECEIPT NO. | MITTIMUS DATE | TRIAL TOWN | | |
| PROSECUTOR ON ORIGINAL DISPOSITION | REPORTER ON ORIGINAL DISPOSITION | SIGNED CLERK | SIGNED JUDGE | SEE REVERSE SIDE |

# STATE OF CONNECTICUT
## SUPERIOR COURT

DISPOSITION DATE:

### TITLE, ALLEGATION, AND COUNTS

| OF CONNECTICUT VS. NAME OF ACCUSED | G.A. | DOCKET NO. |
|---|---|---|
| SANTOS, CHRISTOPHER | 6 | CR6-307060 |

ADDRESS: 467 FERRY STREET NEW HAVEN

TO BE HELD AT (TOWN): NEW HAVEN

COURT DATE:

The undersigned, Deputy Assistant State's Attorney of the Superior Court of the State of Connecticut, in said Geographical Area, on his oath of office complains, deposes, and alleges that he has reason to believe and does believe that:

**FIRST COUNT** - DID COMMIT THE CRIME OF
INT/SEL IL SL MAN CNT DR *NARC*
AT (TOWN): NEW HAVEN    ON OR ABOUT: 5-4-89    IN VIOLATION OF GENERAL STATUTE NO.: 21a-277(a)

**SECOND COUNT** - DID COMMIT THE CRIME OF
POSSESSION OF NARCOTICS
AT (TOWN): NEW HAVEN    ON OR ABOUT: 5-4-89    IN VIOLATION OF GENERAL STATUTE NO.: 21a-279(a)

**THIRD COUNT** - DID COMMIT THE CRIME OF
DELIVERY OF DRUG PARAPHERNALIA
AT (TOWN): NEW HAVEN    ON OR ABOUT: 5-4-89    IN VIOLATION OF GENERAL STATUTE NO.: 21a-267(b)

DATE: 5/5/89   SIGNED (DEPUTY ASSISTANT STATE'S ATTORNEY)

JURAT (FOR WARRANT ONLY SUBSCRIBED AND SWORN BEFORE ME ON): 5/5/89

| CONTINUED TO | PURPOSE | REASON |
|---|---|---|
| 1. 5-16 | PART A | |

### COURT ACTION

BOND: 30,600

OTHER COURT ACTION:
DATE: MAY 5 1989 — SP.E. P.D. ANTI. J. RADDA — TRANS TO PART A

## CERTIFICATION

Service certified in accordance with Practice Book §120 et seq.

*[signature]*

## THIRD COUNT

And the Attorney aforesaid further accuses Christopher Santos of Conspiracy to Violate the State Narcotic and Drug Act and charges that at various times and locations, including but not limited to the 4th day of May 1989, at approximately 7:21 P.M., in the area of 501 Longwharf Drive, the said Christopher Santos with the intent that conduct constituting the crime of Sale of Cocaine be performed, agreed with Mayra Crespo to engage in or cause the performance of such conduct and any one of them committed an overt act, in pursuance of such conspiracy (to wit: on or about May 4, 1989, at approximately 7:21 P.M., cocaine and paraphernalia were found in the possession of the afore-mentioned individuals), in violation of Section 21a-278(b) and 53a-48(a) of the Connecticut General Statutes.     MAP

Michael A. Pepper,
Deputy Assistant State's Attorney

DATED: MAY 15, 1989

IN THE SUPERIOR COURT OF THE STATE OF CONNECTICUT

New Haven County    May    Term, 1989,

chael A. Pepper, Dpty. Asst. State's Attorney for the Judicial District of New Haven

accuses    Christopher Santos

of    Violation of the State Narcotic and Drug Act

and charges that at the ~~Town of~~ City of New Haven,

on or about the 4th day of May 1989 ~~at xxx~~ at approximately 7:21 P.M., in the area of 501 Longwharf Drive, the said Christopher Santos, possessed with the intent to sell or dispense a quantity of a narcotic substance (to wit: cocaine), it is further alleged that Christopher Santos was not a drug dependent person at the time of such action, in violation of Section 21a-278(b) of the Connecticut General Statutes.

### SECOND COUNT

And the Attorney aforesaid further accuses Christopher Santos of Violation of the State Narcotic and Drug Act and charges that at the City of New Haven, on or about the 4th day of May 1989, at approximately 7:21 P.M., in the area of 501 Longwharf Drive, the said Christopher Santos, possessed or had under his control a quantity of a narcotic substance, (to wit: cocaine), in violation of Section 21a-279(a) of the Connecticut General Statutes.

CONTINUED ON THE NEXT PAGE

JUDICIAL DISTRICT OF NEW HAVEN
SUPERIOR COURT
FILED

MAY 16 1989

STEPHEN J. ZEHALLA

JDSR 408 REV. 9/78

## CERTIFICATION

Service certified in accordance with Practice Book §120 et seq.

*[signature]*

IN THE SUPERIOR COURT OF THE STATE OF CONNECTICUT

New Haven County    May    Term, 1989.

John M. Waddock, Assistant State's Attorney for the Judicial District of New Haven,

accuses   Christopher Santos

of   Violation of the State Narcotic and Drug Act

and charges that at the ~~Xxxxxxx~~ City of   New Haven,

on or about the   4th   day of   May   19 89, ~~xhexxxk~~ at approximately 7:21 P.M., in the area of 501 Longwharf Drive, the said Christopher Santos possessed, with the intent to sell or dispense, a quantity of a narcotic substance (to wit: cocaine), in violation of Section 21a-277(a) of the Connecticut General Statutes.

JUDICIAL DISTRICT OF NEW HAVEN
SUPERIOR COURT
FILED

OCT 3 1989

JOHN A. DZIEKAN
ASST. CLERK

John M. Waddock,
Assistant State's Attorney

TAC Ron/ /o /u/o
10-3-89

DATED: OCTOBER 3, 1989

JDSR-408 REV. 9/78

JD-CR-38, Rev. 1-88
18-63, 18-65, 18-65a, 18-73, 18-76
54-64a, 54-82b, 54-96

**SUPERIOR COURT**



☐ JUDGMENT
☐ CONTINUANCE
☐ FAILURE TO MEET CONDITIONS OF RELEASE UNDER 54-2a.

TO CLERK
Prepare a separate Mittimus for each file.
TO OFFICER
Original to receiving facility; return copy to court

Date of Offense: 5-4-89

DATE OF DISPOSITION
November 9, 1989

TO: Any Proper Officer

| DOCKET NO. | NAME OF DEFENDANT | DATE OF BIRTH | DATE SENTENCE TO BEGIN (If different) |
|---|---|---|---|
| CR6-307060 JD | Christopher Santos | 12-22-55 | |

| NAME AND LOCATION OF RECEIVING FACILITY | NAME AND LOCATION OF COURT |
|---|---|
| C.C.I. - Somers, CT. | Superior Ct., JD of New Haven, 235 Church St., N.H. |

☒ CRIME(S) CONVICTED
☐ CRIME(S) CHARGED

| FIRST COUNT-STATUTE NO. | SECOND COUNT-STATUTE NO. | THIRD COUNT-STATUTE NO. |
|---|---|---|
| VNSDA 21a-277(a) | | |
| FOURTH COUNT-STATUTE NO. | FIFTH COUNT-STATUTE NO. | SIXTH COUNT-STATUTE NO. |
| | | |

**JUDGMENT MITTIMUS**

Whereas by a judgment of said court, said defendant was convicted of the above crime(s) and sentenced to imprisonment as follows:

**COUNTS AND TERMS** (If execution of portion of sentence is suspended, show only time to be served)

| First | Second | Third | Fourth | Fifth | Sixth | TOTAL EFFECTIVE SENTENCE |
|---|---|---|---|---|---|---|
| 15 years | | | | | | |

SPECIFY HERE ANY PERTINENT CONDITIONS, IF SENTENCES ARE CONSECUTIVE AND IF PROBATION WAS ORDERED.

Execution suspended after 11 years

(If a person under the age of 21 receives a reformatory sentence in accordance with section 18-65a or 18-73 of the General Statutes, in no event shall the term be longer than either the maximum term of imprisonment for the crime(s) committed or for a term of more than five (5) years.)

☐ And said defendant pay to the State of Connecticut the amount of fines and costs now unpaid as shown below and be committed to the above facility in default of payment of said fines. (A defendant may not be incarcerated for failing to pay fees or costs.)

**COUNTS AND FINES** (Show only unpaid portion of fines and costs)

| First | Second | Third | Fourth | Fifth | Sixth | Cost | TOTAL UNPAID BALANCE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

☐ The Defendant is entitled to sentence credit of _____ days.

**TRANSFER OR CONTIN.**

Whereas it is ordered that said case be continued and/or transferred for future proceedings before said court.

| TO BE HELD AT (Name and address of court) | ☐ J.D. ☐ G.A. | ON (Date) | SURETY BOND AMOUNT |
|---|---|---|---|
| | | | |

**ORDER**

BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to deliver said defendant to the custody of the Commissioner of Correction and/or the Warden or Administrator at the above facility and said Commissioner and/or Warden or Administrator is hereby commanded to receive and keep said defendant for the period fixed by said order or judgment of the court or until legally discharged.

| SIGNED (Assistant Clerk) | Daminai, J. By Order of the Court | DATE SIGNED 11-9-89 | RECEIVING FACILITY TIME STAMP |
|---|---|---|---|

**ACKNOWLEDGMENT OF DELIVERY OF DEFENDANT**

I delivered said defendant into the custody of the Commissioner of Correction and/or his agent and left this mittimus with him.

NAME AND LOCATION OF RECEIVING FACILITY

TITLE OF DELIVERING OFFICER | SIGNATURE OF DELIVERING OFFICER | SIGNATURE OF RECEIVING OFFICER