MARTY CALDERON                    : NO. 3:02 CV 1767(SRU)
    PLAINTIFF
V.                                : UNITED STATES DISTRICT COURT

OFFICER PAUL CAVALIER,            : BRIDGEPORT, CT
CITY OF NEW HAVEN, ET AL
    DEFENDANTS                    : SEPTEMBER 14, 2004

**FILED 2004 SEP 14 A 1:38 US DISTRICT COURT BRIDGEPORT, CT**

## Motion to Supplement Complaint

The plaintiff moves the court to allow her to file a supplement to her complaint of the East Haven Police Department Report which states the time Officer Paul Cavalier arrived at the plaintiff's home on October 7, 2000.

The plaintiff claims this evidence is relevant to her claim of illegal arrest without a warrant.

PLAINTIFF _/s/ Marty Calderon_

Marty Calderon
P.O. Box 503
Norwalk, CT 06852
(860)593-3592

## CERTIFICATION

I certify that a copy of this motion was mailed to the defendant's counsel on September 14, 2004 to:

Attorney Michael Wolak
City of New Haven
165 Church Street
New Haven, CT

PLAINTIFF _/s/ Marty Calderon_

Marty Calderon
P.O. Box 503
Norwalk, CT 06852

## ORDER

The aforementioned motion is hereby granted.

_____
Judge