# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

**MARTY CALDERON**                                   **CASE NO.: 3:02CV1767 (SRU)**

**VS.**

**PAUL CAVALIER, ET AL.**                            **APRIL 20, 2005**

### DEFENDANTS' PROPOSED VOIR DIRE QUESTIONS

1. This is a lawsuit for civil rights violations and police misconduct brought by a citizen against a police officer and the City of New Haven. Is there any reason why you would have difficulty being completely neutral and fair in deciding this case if you are chosen to serve on the jury?

2. Is there anyone here who would prefer not to sit on a jury concerning a case of this kind?

3. Is there anyone here who feels, for any reason, that an individual, such as the plaintiff, who believes that she has been treated illegally and/or unfairly, should not bring suit against a police officer and/or a municipality? If so, please explain.

4. Have you or anyone close to you ever been employed, in any capacity, by a police department or by any other type of law enforcement agency? If so, please explain.

5. Have you or anyone close to you ever been employed by a local government, a state government or the federal government?

6. Has anyone here ever served as an appointed or elected official of state, city or local Government?

7. Has anyone here, or anyone close to you, ever been employed as an attorney, or has been employed, in any capacity, in a law office?

8. Other things being equal, would you tend to trust or believe the testimony of a police officer more or less than that of an individual, such as the plaintiff, merely because the testimony came from a police officer?

9. Have you, or anyone close to you, ever been the victim of a crime?

10. Does anyone here belong to any club, organization or civil rights group which in any way is interested in the enforcement or the change of any law or laws, or which is in any other way concerned with policemen or law enforcement?

11. Have you, or anyone close to you, ever been arrested? If so, would this affect your ability to be fair and impartial in this case?

12. Has anyone here ever witnessed an arrest? If so, would this affect your ability to be fair and impartial in this case?

13. Have you, or anyone you know, ever been harassed, assaulted, or verbally abused by a police officer, or felt that a police officer was otherwise acting improperly? If so, would this affect your ability to be fair and impartial in this case?

14. Have you ever witnessed an incident in which you felt that a police officer was harassing, assaulting, verbally abusing another person or otherwise

acting improperly?  If so, would this affect your ability to be fair and impartial in this case?

15. Have you ever felt that either yourself, or someone close to you, was unfairly prosecuted or brought to court, whether it be in a criminal or civil matter, by either a local government, a state government or the federal government.

16. Have you, or has anyone close to you, ever been a party to the lawsuit?  If so, please explain.

17. During the past few years there have been reports in newspapers and on television and radio about incidents involving police officers and members of the public.  Though the incident alleged by the plaintiff is not similar to those reported, do any of you believe that what has been reported would influence you in any way if you were chosen to sit on a jury where misconduct by a police officer is alleged?

18. The plaintiff and the individual defendant in this action are of different ethnic backgrounds.  Would the ethnic differences of the parties influence your decision in this case in any way?

            THE DEFENDANTS, PAUL CAVALIER
            AND THE CITY OF NEW HAVEN


         /s/_____
           Michael A. Wolak, III
           Assistant Corporation Counsel
           City of New Haven
           Office of Corporation Counsel
           165 Church Street
           New Haven, CT 06510
           Telephone: (203)946-7970 or 7958
           Fax #: (203) 946-7942
           E-mail: mwolak@newhavenct.net
           Fed. Bar #ct12681
           Their Attorney


## **CERTIFICATION OF SERVICE**

  This is to certify that a copy of the foregoing was either hand delivered and/or mailed, postage prepaid, on April 20, 2005, to the following pro se party:

Marty Calderon
P.O. Box 503
Norwalk, CT 06852

         /s/_____
           Michael A. Wolak, III