UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **MARTY CALDERON** | : | **CASE NO.: 3:02CV1767 (SRU)** |
| **VS.** | : | |
| **PAUL CAVALIER, ET AL.** | : | **APRIL 20, 2005** |

### DEFENDANTS' MOTION IN LIMINE, RE: IRRELEVANT, IMMATERIAL AND PREJUDICIAL EVIDENCE

Plaintiff in her complaint has alleged false arrest, malicious prosecution, discrimination based on race, conspiracy involving the deprivation of equal protection of the law, a "Monell" claim, defamation, interference with property rights, interference with contracts and physical injury. Plaintiff's complaint is also replete with irrelevant factual allegations concerning her former husband, Christopher Santos, the individual who initiated the criminal complaint against her, and to which defendant Paul Cavalier responded, and irrelevant matters. These factual allegations include, but are not limited to, their pre-marital, marital and post-marital difficulties and relationship, and allegations concerning Mr. Santos' past criminal behavior.

Defendants believe that the plaintiff intends to offer such evidence at trial. Defendants believe that such evidence would be inadmissible pursuant to Rules 401, 402 and 403 of the Federal Rules of Evidence. Defendants are of the opinion that even

**ORAL ARGUMENT REQUESTED**

if their objection to such evidence were sustained, any reference to such allegations before the jury would be highly prejudicial to the defendants. The defendants submit that, at a minimum, the plaintiff should be required to seek the Court's permission out of the hearing of the jury prior to making any reference to her pre-marital, marital and post-marital difficulties and relationship with Christopher Santos, and allegations concerning his past criminal behavior.

A memorandum of law in support of this motion is filed herewith.

THE DEFENDANT, PAUL CAVALIER
AND THE CITY OF NEW HAVEN

/s/:_____
Michael A. Wolak, III
Assistant Corporation Counsel
City of New Haven
165 Church Street
New Haven, CT  06510
Tel #:  (203) 946-7970 or 7958
Fax #: (203) 946-7942
E-mail: mwolak@newhavenct.net
Fed. Bar #ct12681
Their Attorney

## **CERTIFICATION**

**THIS IS TO CERTIFY** that a copy of the foregoing was hand delivered and/or mailed, postage prepaid, on April 20, 2005, to the following pro se party:

Marty Calderon
P.O. Box 503
Norwalk, CT  06852

/s/_____
Michael A. Wolak, III

J:\CYCOM32\WPDOCS\D015\P003\00010027.DOC