| | | |
|---|---|---|
| MARTY CALDERON<br>PLAINTIFF | :No. 3:02 cv 1767 (SRU) | **FILED** |
| V. | :UNITED STATES DISTRICT COURT | 2005 APR 20 P 2:55 |
| OFFICER PAUL CAVALIER<br>& CITY OF NEW HAVEN, ET AL | :BRIDGEPORT, CONNECTICUT<br>:APRIL 20, 2005 | U.S. DISTRICT COURT<br>BRIDGEPORT, CONN |

## Motion to Supplement Complaint

Pursuant to the Federal Rules of Civil Procedure 15 et sequence the Plaintiff respectfully requests the court to allow her to supplement her complaint for jurisdictional purposes.

PLAINTIFF *[signature]*
Marty Calderon
P.O. Box 503
Norwalk, CT 06852
(860)593-3592

I certify that this supplemental complaint was delivered to the following opposing counsel on April 20, 2005:
Attorney Michael A. Wolak, III
Assistant Corporation Counsel
City of New Haven
165 Church Street, 4th Floor
New Haven, CT 06510

PLAINTIFF *[signature]*
Marty Calderon
P.O. Box 503
Norwalk, CT 06852

## ORDER

The aforementioned motion to supplement complaint is hereby granted.

_____
JUDGE STEPHAN R. UNDERHILL