**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **MARTY CALDERON** | : | **CASE NO.: 3:02CV1767 (SRU)** |
| **VS.** | : | |
| **PAUL CAVALIER, ET AL.** | : | **APRIL 20, 2005** |

### DEFENDANTS' MOTION IN LIMINE RE: OTHER MISCONDUCT

The defendants, hereby move the court, *in limine*, to bar any evidence of, and prohibit any reference to, alleged "other misconduct" by the individual defendant, Paul Cavalier, or any defense witness who was or is a police officer.  The defendant believes that the plaintiff may attempt to elicit testimony at trial regarding alleged "other misconduct", including but not limited to Internal Value and Ethics complaints, or any other type of disciplinary proceedings involving the defendant police officer or police officer witnesses called by the defendants.

Allegations of "other misconduct" are generally not admissible under Rule 404. Moreover, even if an objection to such evidence were sustained, any reference to such allegations before the jury would be highly prejudicial to the defendants.  The defendants submit that, at a minimum, the plaintiff should be required to seek the Court's permission out of the hearing of the jury prior to making any reference to alleged

**ORAL ARGUMENT IS REQUESTED**

"other misconduct."

      A memorandum of law in support of this motion is filed herewith.

                                    THE DEFENDANTS, PAUL CAVALIER
                                    AND THE CITY OF NEW HAVEN

/s/:_____
      Michael A. Wolak, III
      Assistant Corporation Counsel
      City of New Haven
      165 Church Street
      New Haven, CT  06510
      Tel. #:  (203) 946-7970 or 7958
      Fax #:  (203) 946-7942
      E-mail: mwolak@newhavenct.net
      Fed. Bar #ct12681
      His Attorney

## **CERTIFICATION**

      **THIS IS TO CERTIFY** that a copy of the foregoing was either hand delivered and/or mailed, postage prepaid, on April 20, 2005, to the following pro se party:

Marty Calderon
P.O. Box 503
Norwalk, CT  06852

/s/_____
      Michael A. Wolak, III

J:\CYCOM32\WPDOCS\D026\P002\00008289.DOC