UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 APR 26  P 12: 13
U.S. DISTRICT COURT
BRIDGEPORT, CONN

MARTY CALDERON                    CASE NO: 3:02-CV-1767(SRU)

VS.

PAUL CAVALIER, ET AL.              APRIL 25, 2005

## PLAINTIFF'S MOTION TO SERVE INTERROGATORIES ON DEFENDANT

The Plaintiff requests that the court allow her to file additional Interrogatories on the Defendant. The Plaintiff claims that she has not filed Interrogatories on the Defendant since the year 2003 and since two more years have passed during the litigation of this case the Plaintiff needs to file additional Interrogatories prior to trial in that the costs of depositions are too expensive for the Plaintiff. The Plaintiff claims that she can file the Interrogatories by May 30, 2005 and that the Defendant should be obligated to reply by June 30, 2005 far enough in advance for trial that is expected to be commenced in the month of October, 2005. The

For the above mentioned reasons the Plaintiff respectfully requests that the court allow her to file additional Interrogatories on the Defendant.

PLAINTIFF _/s/ Marty Calderon_

Marty Calderon
P.O. Box 503
Norwalk, CT 06852
centoria@fastmail.fm

1

ORDER

The Plaintiff's motion to file additional Interrogatories on the Defendant is hereby granted.

---

Judge Stefan R. Underhill

I hereby certify that the foregoing has been mailed via U.S. Mail to the following Defendant's counsel on April 25, 2005 at:

Michael A. Wolak, III
Assistant Corporation Counsel
City of New Haven
Office of the Corporation Counsel
165 Church Street, 4th Floor
New Haven, CT  06510
Telephone:  (203) 946-7970 or 7958
Fax:  (203) 946-7942
E-mail:  mwolak@newhavenct.net

PLAINTIFF _/s/ Marty Calderon_

Marty Calderon
P.O. Box 503
Norwalk, CT 06852
centoria@fastmail.fm

2