MARTY CALDERON : NO. 302CV1767(SRU)
PLAINTIFF
V. : UNITED STATES DISTRICT COURT

: BRIDGEPORT, CONNECICUT

PAUL CAVALIER, ET AL. : MAY 2, 2005
DEFENDANT

## PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO OPPOSE THE DEFENDANT'S MOTION IN LIMINE RE:IRRELEVANT, IMMATERIAL AND PREJUDICIAL EVIDENCE

The Plaintiff files a Motion for Extension of Time to respond to the Defendant's Motion In Limine and Memorandum of Law as to Irrelevant Evidence connected with testimony and or evidence the Plaintiff has already submitted to the court over two years ago on the Defendant's Main witness, Christopher Santos.

The Plaintiff claims that according to the Federal Rules of Civil Procedure 8 et sequence and 12 et sequence, and due to the fact that the Plaintiff has already sufficiently plead that Christopher Santos is not a credible witness and has supported documentation towards his motive for lying which already shows inconsistencies in his statements, the Defendants cannot change the course of the litigation that has already begun more than two years ago.  The Plaintiff also claims that according to the Federal Rules of Evidence, she has a right to submit "impeaching" evidence of the Defendant's main witness and the Defendants do not have the right to put a fraudulent defense upon the court.

The Plaintiff would like to present case law supporting her argument and needs additional time to research the case law on the issue of already submitted and admitted evidence to the court.

1

It is for the foregoing reasons that the Plaintiff respectfully requests the court allow her until May 30, 2005 to submit a memorandum of law in support of her Opposition to the Defendant's Motion In Limine, Re:Irrelevant, Immaterial and Prejudicial Evidence.

PLAINTIFF *Marty Cal*

Marty Calderon
P.O. Box 503
Norwalk, CT 06852
(860)593-3592

I certify that the foregoing has been sent via U.S. mail to the following opposing counsel:

Attorney Michael A. Wolak, III
Assistant Corporation Counsel
City of New Haven
165 Church Street
New Haven, CT 06510

PLAINTIFF *Marty Cal*

Marty Calderon
P.O. Box 503
Norwalk, CT 06852
(860)593-3592

2

## **ORDER**

The foregoing Motion for Extension of time is hereby granted.

_____

Judge Stefan R. Underhill
