MARTY CALDERON : No. 3:02CV1767(SRU)
PLAINTIFF :
V. : UNITED STATES DISTRICT COURT
: BRIDGEPORT, CONNECICUT
:
PAUL CAVALIER, ET AL. :
DEFENDANT : MAY 2, 2005

## PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO OPPOSE THE DEFENDANT'S MOTION IN LIMINE RE:OTHER MISCONDUCT

The Plaintiff files a Motion for Extension of Time to respond to the Defendant's Motion In Limine and Memorandum of Law as to Other Misconduct connected with any police officer of the New Haven or East Haven Police departments.

The Plaintiff claims that the in any 42 U.S.C. Section 1983 litigation concerning civil rights violations by police officers, the Plaintiff can submit evidence of misconduct within the police department related to other victims of civil rights violations. This evidence whether through testimony or exhibits is relevant to the customs and/or policies or practices within police departments and is relevant to the municipality liability for same. This evidence is standard in this type of litigation.

The Plaintiff would like to present case law supporting her argument and needs additional time to research the case law on the issue of already submitted and admitted evidence to the court.

It is for the foregoing reasons that the Plaintiff respectfully requests the court allow her until May 30, 2005 to submit a memorandum of law in support of her Opposition to the Defendant's Motion In Limine, Re:Other Misconduct.

1

PLAINTIFF *Marty Cald* (signature)

Marty Calderon
P.O. Box 503
Norwalk, CT 06852
(860)593-3592

I certify that the foregoing has been sent via U.S. mail to the following opposing counsel:

Attorney Michael A. Wolak, III
Assistant Corporation Counsel
City of New Haven
165 Church Street
New Haven, CT 06510

PLAINTIFF *Marty Cald* (signature)

Marty Calderon
P.O. Box 503
Norwalk, CT 06852
(860)593-3592

2

**ORDER**

The foregoing Motion for Extension of time is hereby granted.

_____

Judge Stefan R. Underhill
