UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 MAY 23 P 12: 31
DISTRICT COURT
BRIDGEPORT, CONN

MARTY CALDERON,
    Plaintiff,

v.

PAUL CAVALIER, ET AL,
    Defendants.

CIVIL ACTION NO.
3:02cv1767 (SRU)

## ORDER

As discussed in the status conference held on May 17, 2005, the court orders as follows:

- All motions *in limine* and all objections to evidence shall be filed on or before July 15, 2005.

- Jury Selection is scheduled for 9:00 AM, October 7, 2005.

- Trial will begin at 9:00 AM, October 31, 2005.

Dated at Bridgeport, Connecticut, this 23rd day of May 2005.

                                                    Stefan R. Underhill
                                                    United States District Judge