| | |
|---|---|
| MARTY CALDERON<br>    PLAINTIFF | :No. 3:02 cv 1767 (SRU) |
| | :UNITED STATES DISTRICT COURT |
| V. | |
| OFFICER PAUL CAVALIER<br>& CITY OF NEW HAVEN, ET<br>AL | :BRIDGEPORT, CONNECTICUT |
| | :APRIL 20, 2005 |

United States District Court
District of Connecticut
FILED AT BRIDGEPORT
May 17, 2005
Kevin F. Rowe, Clerk
By: Deputy Clerk

## SUPPLEMENTAL COMPLAINT

1. The Plaintiff claims the Defendants violated her civil rights to be free from unreasonable search and seizures pursuant to the U.S. Constitution Fourth Amendment at 4:30 a.m. on October 7, 2005 when the Defendants arrested her at her place of residence at 43 Prospect Pl. Ext., East Haven, CT that she had been living in for over 20 years.

2. The Plaintiff claims in her prior complaints she has stated facts that fall under the jurisdiction of the U.S. Constitution Fourth Amendment.

PLAINTIFF _Marty Calderon_
Marty Calderon
P.O. Box 503
Norwalk, CT 06852
(860)593-3592

I certify that this supplemental complaint was delivered to the following opposing counsel on April 20, 2005:
Attorney Michael A. Wolak, III
Assistant Corporation Counsel
City of New Haven
165 Church Street, 4th Floor
New Haven, CT 06510

PLAINTIFF _Marty Calderon_
Marty Calderon
P.O. Box 503
Norwalk, CT 06852