| | |
|---|---|
| MARTY CALDERON<br>PLAINTIFF<br><br>V.<br><br>OFFICER PAUL CAVALIER,<br>CITY OF NEW HAVEN ET AL.<br>DEFENDANTS | :No. 3:02CV01767(SRU)<br>:<br>:UNITED STATES DISTRICT COURT<br>:<br>:AT BRIDGEPORT, CONNECTICUT<br>:<br>:MAY 25, 2005 |

FILED
2005 MAY 25 P 2: 49
U.S. DISTRICT COURT

### MOTION FOR EXTENSION OF TIME TO FILE AN OPPOSITION AND MEMORANDUM OF LAW TO DEFENDANT'S MOTION IN LIMINE FOR IRRELEVANT EVIDENCE RELATING TO CHRISTOPHER SANTOS

The Plaintiff herewith files this motion to request a Motion for Extension of Time until July 30, 2005 to file an Opposition and Memorandum of Law to the Defendant's Motion in Limine regarding evidence of Christopher Santos bias towards the Plaintiff relating to Christopher Santos domestic violence towards the Plaintiff, the Plaintiff's divorce issues with Mr. Santos, and the extensive criminal history of Christopher Santos including a criminal felony conviction of the intent to see cocaine.

On Tuesday, May 17, 2005, the Honorable Judge Stefan R. Underhill held a telephone conference with the parties and Attorney Michael Wolak, the Defendants counsel did not object to the Plaintiff requesting a Motion for Extension of Time to Oppose his Motion in Limine regarding the Plaintiff's derogatory evidence of Christopher Santos she already has submitted to the court in her pleadings.

In addition, during the May 17, 2005, the court stated that the Plaintiff could file another Motion for Extension of time to respond to the Defendant's Motion in Limine.

It is for the foregoing reasons the Plaintiff request an extension of time until July 30, 2005 to file an Opposition and Memorandum of Law to the Defendant's Motion in Limine regarding evidence relating to Christopher Santos.

1

## **ORDER**

The foregoing Plaintiff's Motion for Extension of Time file an Opposition and Memorandum of Law in response to the Defendants Motion in Limine regarding Plaintiff's evidence relating to Christopher Santos is hereby granted:

_____

Honorable Judge Stefan R. Underhill

PLAINTIFF *Marty Ca*

MARTY CALDERON
P.O. BOX 503
NORWALK, CT 06852
(860)593-3592

I certify that the Plaintiff has mailed this Motion of Extension of Time to the Defendant's counsel on May 25, 2005 to:

Attorney Michael Wolak
Counsel/City of New Haven
165 Church Street
New Haven, CT 06510

PLAINTIFF *Marty*

MARTY CALDERON
P.O. BOX 503
NORWALK, CT 06852
(860)593-3592