FILED

2005 MAY 25 P 2: 49

U.S. DISTRICT COURT
BRIDGEPORT CONN

| | |
|---|---|
| MARTY CALDERON<br>PLAINTIFF | :No. 3:02CV01767(SRU) |
| V. | :UNITED STATES DISTRICT COURT |
| | :AT BRIDGEPORT, CONNECTICUT |
| OFFICER PAUL CAVALIER,<br>CITY OF NEW HAVEN ET AL.<br>DEFENDANTS | :MAY 25, 2005 |

### MOTION FOR EXTENSION OF TIME TO FILE AN OPPOSITION AND MEMORANDUM OF LAW TO DEFENDANT'S MOTION IN LIMINE FOR PLAINTIFF'S EVIDENCE RELATING TO DEFENDANT POLICE OFFICER(S)

The Plaintiff herewith files this motion to request a Motion for Extension of Time until July 30, 2005 to file an Opposition and Memorandum of Law to the Defendant's Motion in Limine regarding evidence of misconduct reports of the Defendant Police Officers and Police Officers that intend to testify.

On Tuesday, May 17, 2005, the Honorable Judge Stefan R. Underhill held a telephone conference with the parties and Attorney Michael Wolak, the Defendant's counsel did not object to the Plaintiff requesting a Motion for Extension of Time to Oppose his Motion in Limine regarding the Plaintiff's proposed misconduct evidence of New Haven and East Haven Police Officers in that is the evidence that would support a policy, practice, and/or custom for municipal liability.

In addition, during the May 17, 2005, the court stated that the Plaintiff could file another Motion for Extension of time to respond to the Defendant's Motion in Limine.

It is for the foregoing reasons the Plaintiff requests an extension of time until July 30, 2005 to file an Opposition and Memorandum of Law to the Defendant's Motion in Limine regarding misconduct evidence relating to New Haven and East Haven Police Officers.

1

PLAINTIFF _/s/ Marty C_

MARTY CALDERON
P.O. BOX 503
NORWALK, CT 06852
(860)593-3592

I certify that the Plaintiff has mailed this Motion of Extension of Time to the Defendant's counsel on May 25, 2005 to:

Attorney Michael Wolak
Counsel/City of New Haven
165 Church Street
New Haven, CT 06510

PLAINTIFF _/s/ Marty_

MARTY CALDERON
P.O. BOX 503
NORWALK, CT 06852
(860)593-3592

3

## **ORDER**

The foregoing Plaintiff's Motion for Extension of Time file an Opposition and Memorandum of Law in response to the Defendants Motion in Limine regarding Plaintiff's evidence relating misconduct of New Haven and East Haven Police Officers is hereby granted:

_____

Honorable Judge Stefan R. Underhill

2