UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**MARTY CALDERON**
    **Plaintiff**

**VS.**

**CASE NUMBER:**
**302CV1767 (SRU)**

**OFFICER PAUL CAVALIER, ET AL.**
    **Defendants**                                                           **JUNE 15, 2005**

## MOTION FOR EXTENSION OF TIME

Defendants respectfully request an extension of time of twenty (20) days, up to and including July 11, 2005, to file the appropriate responses to plaintiff's Interrogatories and Production Requests, dated May 20, 2005.

In support of this motion, the defendants represent as follows:

1. They were served with plaintiff's Interrogatories and Requests for Production through counsel on or about May 23, 2005.

2. Counsel is in the process of ascertaining appropriate responses to such requests and needs the additional time to do so.

3. On June 15, 2005, undersigned counsel contacted via telephone, the pro se plaintiff, Mary Calderon, and informed her of this request for extension of time. She indicated that she has no objection to the granting of this motion.

4. This is the defendants first request for an extension of time to respond to these particular Interrogatories and Request for Production of the plaintiff.

**ORAL ARGUMENT NOT REQUESTED**

1

5. While a trial date has been set for this matter, the granting of this motion should not interfere with the trial proceeding as scheduled.

THE DEFENDANTS,

/s/:_____
Michael A. Wolak, III
Assistant Corporation Counsel
City of New Haven
Office of Corporation Counsel
165 Church Street
New Haven, CT 06510
Tel No.: (203) 946-7970 or 7958
Fax No.: (203) 946-7942
E-mail: mwolak@newhavenct.net
Fed. Bar #ct12681
Their Attorney

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was mailed, postage prepaid, on June 15, 2005, to the following pro se plaintiff:

Marty Calderon
P.O. Box 503
Norwalk, CT 06852

/s/: _____
Michael A. Wolak, III

J:\CYCOM32\WPDOCS\D025\P002\00011214.DOC

2