UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 AUG -5  A 11: 54

**MARTY CALDERON**　　　　　　　　CASE NO.: 3:02 CV 1767 (SRU)
　**PLAINTIFF**
VS.

DISTRICT COURT

**PAUL CAVALIER, ET AL.**　　　　　　AUGUST 3, 2005
　**DEFENDANTS**

**PLAINTIFF'S MOTION FOR AN EXTENSTION OF TIME TO FILE AN
OBJECTION TO THE DEFENDANT'S OBJECTIONS TO PLAINTIFF'S
WITNESSES**

　　　The Plaintiff requests that the court allow her an extension of time to file an Objection to the Defendant's Objection to the Defendant's Objections to Plaintiff's Witnesses dated July 14, 2005.

　　　The Plaintiff claims that she needs until August 16, 2005 to file a proper Objection to the Defendant's Objection to the testimony of the Plaintiff's witnesses pursuant to the Federal Rules of Evidence and the Federal Rules of Civil Procedure.

　　　For the above mentioned reasons the Plaintiff respectfully requests that the court allow her an extension of time to Object to the Defendant's Objection to the Plaintiff's Witnesses for trial.

　　　　　　　　　　　　　　　　PLAINTIFF _/s/ MC_

　　　　　　　　　　　　　　　　Marty Calderon
　　　　　　　　　　　　　　　　P.O. Box 503
　　　　　　　　　　　　　　　　Norwalk, CT 06852
　　　　　　　　　　　　　　　　(860)593-3592

ORDER

The Plaintiff's Motion for an Extension of Time is hereby granted.

---

Judge Stefan R. Underhill

I hereby certify that the foregoing has been mailed via U.S. Mail to the following Defendant's counsel on August 3, 2005 at:

Michael A. Wolak, III
Assistant Corporation Counsel
City of New Haven
Office of the Corporation Counsel
165 Church Street, 4th Floor
New Haven, CT 06510
Telephone: (203) 946-7970 or 7958
Fax: (203) 946-7942
E-mail: mwolak@newhavenct.net

PLAINTIFF _____

Marty Calderon
P.O. Box 503
Norwalk, CT 06852
(860)593-3592

2