MARTY CALDERON :NO:3:(2cv01767JCH)
    PLAINTIFF

:U.S. DISTRICT COURT
2005 SEP 19 A 11:51

VS. :AT BRIDGEPORT
      U.S. DISTRICT COURT
PAUL CAVALIER :SEPTEMBER 13, 2005

### PLAINTIFF'S MOTION FOR HEARING ON PLAINTIFF'S MOTION'S TO COMPEL INTERROGATORIES AND PRODUCTION OF DOCUMENTS

The Plaintiff hereby respectfully requests that the court hold a hearing on the Plaintiff's Motion's to Compel Interrogatories and Request for Production of Documents on the date of or prior to the court's Jury Selection Date of October 14, 2005.

The Plaintiff still has not received documents that the Defendant promised that they would turn over to the Plaintiff and the Plaintiff claims that it would be efficient and in the interest of justice to hold a hearing prior to the trial on the Plaintiff's Motion to Compel outside of the jury.

PLAINTIFF _Marty Calderon_
MARTY CALDERON
P.O. BOX 503
NORWALK, CT 06852
(860)593-3592

1

## **CERTIFICATION**

I certify that the foregoing Motion to Supplement Complaint was mailed by U.S. mail on September 13, 2005 to the Defendant's counsel at:

Attorney Michael Wolak
City of New Haven
165 Church Street
New Haven, CT

PLAINTIFF _/s/ Marty_
MARTY CALDERON
P.O. BOX 503
NORWALK, CT 06852
(860)593-3592

2

ORDER

THE PLAINTIFF'S MOTION IS HEREBY GRANTED.

_____
JUDGE