UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 SEP 19 P 12: 02
U.S. DISTRICT COURT
BRIDGEPORT, CONN

**MARTY CALDERON**           CASE NO. 3:02 CV 1767 (SRU)
    **PLAINTIFF**
**VS.**

**PAUL CAVALIER, ET AL.**          **SEPTEMBER 17, 2005**
    **DEFENDANTS**

## PLAINTIFF'S MOTION FOR A HEARING ON THE PLAINTIFF'S OBJECTIONS TO DEFENDANT'S MOTION IN LIMINE TO EXCLUDE EVIDENCE RELATED TO DEFENDANT'S WITNESS, CHRISTOPHER SANTOS' DRUG CONVICTION AND DOMESTIC VIOLENCE CONVICTIONS AND DIVORCE ISSUES WITH THE PLAINTIFF

The Plaintiff has filed an Objection to the Defendant's Motion in Limine to Exclude Evidence Related to Defendant's Witness' Christopher Santos' Drug Conviction and Domestic Violence Convictions and Divorce Issues with the Plaintiff. The Plaintiff respectfully requests a hearing on the Plaintiff's Objections to the Defendants Motion In limine prior to the trial date of October 31, 2005 so that the Plaintiff can properly prepare her case for trial. The Plaintiff claims it would be more efficient to rule upon the issues in the Objections and Motion in Limine to exclude the Plaintiff's Evidence related to the Defendant's Witness' Christopher Santos Drug Conviction and Domestic Violence Convictions and Divorce Issues prior to trial so that the both Parties can properly prepare for trial.

1

The Plaintiff also claims the jury selection will be held on October 14, 2005 and the Plaintiff requests the court to hold a hearing on the Plaintiff's Objections to the Defendant's Motion In Limine prior to or on October 14, 2005.

For the foregoing reasons the Plaintiff respectfully requests the court to hold a hearing on the Plaintiff's Objections to the Defendant's Motion In Limine regarding the Defendant's witness' Christopher Santos' violent history with the Plaintiff.

**HEARING REQUESTED**

PLAINTIFF *[signature]*

Marty Calderon
P.O. Box 503
Norwalk, CT 06852
(860)593-3592

**CERTIFICATION**

I certify that the aforementioned motion was sent via U.S. Mail on September 17, 2005 to the following Defendant's counsel:

Michael A. Wolak, III
Assistant Corporation Counsel
City of New Haven
Office of the Corporation Counsel
165 Church Street, 4th Floor
New Haven, CT 06510
Telephone: (203) 946-7970 or 7958
Fax: (203) 946-7942
E-mail: mwolak@newhavenct.net

PLAINTIFF *[signature]*

Marty Calderon
P.O. Box 503
Norwalk, CT 06852
(860)593-3592

## **ORDER**

The Plaintiff's motion to compel is hereby granted.

———————————————
Honorable Judge Stefan R. Underhill