UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 SEP 19 P 12: 02
U.S. DISTRICT COURT

MARTY CALDERON
    PLAINTIFF
VS.

CASE NO.: 3:02 CV 1767 (SRU)

PAUL CAVALIER, ET AL.
    DEFENDANTS

SEPTEMBER 17, 2005

## PLAINTIFF'S MOTION FOR A HEARING ON THE PLAINTIFF'S OBJECTIONS TO DEFENDANT'S OBJECTION TO PLAINTIFF'S WITNESSES

The Plaintiff has filed an Objection to the Defendant's Objection to Plaintiff's Witnesses dated August 15, 2005. The Plaintiff respectfully requests a hearing on the Plaintiff's and Defendant's Objections regarding the Plaintiff's Witnesses prior to the trial date of October 31, 2005 so that the Plaintiff can properly prepare her case for trial. The Plaintiff claims that these Objections are related to the Defendant's Motion in Limine to exclude the Plaintiff's Witnesses and it would be more efficient to rule upon the issues in the Objections prior to trial so as not to confuse the jury.

The Plaintiff also claims the jury selection will be held on October 14, 2005 and the Plaintiff requests the court to hold a hearing on the Plaintiff's Objections to the Defendant's Objections prior to or on October 14, 2005.

For the foregoing reasons the Plaintiff respectfully requests the court to hold a hearing on the Plaintiff's Motion to Compel.

**HEARING REQUESTED**

PLAINTIFF _/s/ Marty Calderon_

Marty Calderon
P.O. Box 503
Norwalk, CT 06852
(860)593-3592

**CERTIFICATION**

I certify that the aforementioned motion was sent via U.S. Mail on September 17, 2005 to the following Defendant's counsel:

Michael A. Wolak, III
Assistant Corporation Counsel
City of New Haven
Office of the Corporation Counsel
165 Church Street, 4th Floor
New Haven, CT  06510
Telephone:  (203) 946-7970 or 7958
Fax:  (203) 946-7942
E-mail:  mwolak@newhavenct.net

PLAINTIFF _/s/ Marty_

Marty Calderon
P.O. Box 503
Norwalk, CT 06852
(860)593-3592

## **ORDER**

The Plaintiff's motion to compel is hereby granted.

_____
Honorable Judge Stefan R. Underhill