UNITED STATES DISTRICT COURT
**DISTRICT OF CONNECTICUT**

FILED
2005 SEP 26 P 12: 51

**MARTY CALDERON**
    **PLAINTIFF**
**VS.**

**CASE NO.: 3:02 CV 1767 (SRU)**

**PAUL CAVALIER, ET AL.**
    **DEFENDANTS**

**SEPTEMBER 24, 2005**

### PLAINTIFF'S MOTION TO FILE MOTION IN LIMINE OUT OF TIME TO OFFER RELEVANT EVIDENCE OF OTHER FEDERAL AND INTERNAL AFFAIRS CIVILIAN COMPLAINTS AND JUDGMENTS AGAINST THE DEFENDANTS

    Pursuant to the Federal Rules of Civil Procedure the Plaintiff respectfully moves the court to allow to file file her Motion In Limine which is not within the time frame of the court's trial scheduling order.

    The Plaintiff claims that this Motion In Limine is relevant to the Plaintiff's Offer of Exhibits and the Defendant's Objections to the Plaintiff's proposed Exhibit's for the trial date of October 31, 2005.

    The Plaintiff claims that her Motion in Limine does not prejudice the Defendant because he has been on notice due to the Plaintiff discovery requests and the Joint Trial Memorandum that she will introduce as evidence other complaints against the Defendants to prove her claims.

    The Plaintiff claims that the Defendant's counsel has litigated similar cases prior to the Plaintiff's complaint and it is not unusual to file this type of motion.

1

For the foregoing reasons the Plaintiff respectfully requests the court to allow the Plaintiff's Motion In Limine.

PLAINTIFF _/s/ Marty Calderon_

Marty Calderon
P.O. Box 503
Norwalk, CT 06852
(860)593-3592

## CERTIFICATION

I certify that the aforementioned motion was sent via U.S. Mail on September 24, 2005 to the following Defendant's counsel:

Michael A. Wolak, III
Assistant Corporation Counsel
City of New Haven
Office of the Corporation Counsel
165 Church Street, 4th Floor
New Haven, CT 06510
Telephone: (203) 946-7970 or 7958
Fax: (203) 946-7942
E-mail: mwolak@newhavenct.net

PLAINTIFF _/s/ Marty Calderon_

Marty Calderon
P.O. Box 503
Norwalk, CT 06852
(860)593-3592

## ORDER

The Plaintiff's motion to compel is hereby granted.

_____
Honorable Judge Stefan R. Underhill
