UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 SEP 26 P 12: 50
DISTRICT COURT
BRIDGEPORT, CONN

**MARTY CALDERON**
**PLAINTIFF**
VS.

CASE NO.: 3:02 CV 1767 (SRU)

**PAUL CAVALIER, ET AL.**
**DEFENDANTS**

SEPTEMBER 21, 2005

## PLAINTIFF'S MOTION TO FILE SUPPLEMENTAL COMPLAINT

The Plaintiff respectfully requests that the court allow her to file the Supplemental Complaint dated September 21, 2005 pursuant to the Federal Rules of Civil Procedure 15 et sequence.

The Plaintiff claims that the Supplemental Complaint is for events that have come to her knowledge after May 20, 2005 and for additional facts that have occurred since May 20, 2005.

For the foregoing reasons the Plaintiff respectfully requests the court to allow her to file a Supplemental Complaint.

**HEARING REQUESTED**

PLAINTIFF _/s/ Marty Calderon_
Marty Calderon
P.O. Box 503
Norwalk, CT 06852
(860)593-3592

1

## CERTIFICATION

I certify that the aforementioned motion was sent via U.S. Mail on September 21, 2005 to the following Defendant's counsel:

Michael A. Wolak, III
Assistant Corporation Counsel
City of New Haven
Office of the Corporation Counsel
165 Church Street, 4th Floor
New Haven, CT 06510
Telephone: (203) 946-7970 or 7958
Fax: (203) 946-7942
E-mail: mwolak@newhavenct.net

PLAINTIFF *[signature: Marty Cald...]*

Marty Calderon
P.O. Box 503
Norwalk, CT 06852
(860)593-3592