UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 OCT -3  P 1: 24

MARTY CALDERON
    PLAINTIFF
VS.

CASE NO.: 3:02 CV 1767 (SRU)
U.S. DISTRICT COURT
BRIDGEPORT, CONN

PAUL CAVALIER, ET AL.
    DEFENDANTS

SEPTEMBER 29, 2005

## PLAINTIFF'S MOTION TO FILE SUPPLEMENTAL COMPLAINT

The Plaintiff hereby respectfully requests the court to allow her to file her Supplemental Complaint pursuant to the Federal Rules of Civil Procedure 15 et sequence.

The Plaintiff claims that to preserve all her viable claims at trial, she needs to add the claims for the counts of excessive force and the invasion of privacy claims.

For the foregoing reasons, the Plaintiff respectfully requests the court to allow the Plaintiff to file her Supplemental Complaint to preserve her claims for trial.

PLAINTIFF *(signature)*

Marty Calderon
P.O. Box 503
Norwalk, CT 06852
(860)593-3592

1

## CERTIFICATION

I certify that the aforementioned motion was sent via U.S. Mail on September 29, 2005 to the following Defendant's counsel:

Michael A. Wolak, III
Assistant Corporation Counsel
City of New Haven
Office of the Corporation Counsel
165 Church Street, 4th Floor
New Haven, CT 06510
Telephone: (203) 946-7970 or 7958
Fax: (203) 946-7942
E-mail: mwolak@newhavenct.net

PLAINTIFF  *Marty Calderon* (signature)

Marty Calderon
P.O. Box 503
Norwalk, CT 06852
(860)593-3502

## ORDER

The Plaintiff's motion to compel is hereby granted.

_____
Honorable Judge Stefan R. Underhill