UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARTY CALDERON                              CASE NO.: 3:02 CV1767 (SRU)
    PLAINTIFF
VS.

PAUL CAVALIER, ET AL.                       SEPTEMBER 24, 2005
    DEFENDANTS

## PLAINTIFF'S MOTION IN LIMINE TO OFFER RELEVANT EVIDENCE OF OTHER FEDERAL AND INTERNAL AFFAIRS CIVILIAN COMPLAINTS AND JUDGMENTS AGAINST THE DEFENDANTS

Pursuant to the Federal Rules of Civil Procedure the Plaintiff respectfully submits this Motion in Limine to Offer Relevant Evidence of Other Federal and Civilian Complaints and Judgments against the Defendants.

The Plaintiff claims that she has filed her complaint against the Defendants claiming this court's jurisdiction pursuant to her claim of the Defendant's violating her civil rights according the U.S. Constitution Fourth Amendment and 42 U.S.C. Section 1983 in addition to her other statutory and common law claims.

The Plaintiff's complaint against the Defendants is based on the liability of municipalities pursuant to an unconstitutional practice, policy, and custom of the Defendants, and the Plaintiff seeks to offer as evidence of the Defendant's unconstitutional practices against other citizens, Federal Lawsuits, Judgments, and Civilian Complaints which is relevant to the Defendants conduct toward similar Plaintiffs and to establish the Defendants habit and routine practice

1

according to the Federal Rules of Evidence 401, 403, and 406.

In that the Plaintiff claims that the Defendants have violated her civil rights by engaging in unconstitutional practices of police misconduct by coming into her home on October 7, 2000 at 4:30 a.m. without a warrant and forcibly removing her from her home at 43 Prospect Place, Ext., East Haven, CT which is outside of the jurisdiction of the Defendant's City of New Haven, the Plaintiff claims that evidence of other Federal Complaints, Judgments, and Internal Affair's Civilian Complaints is relevant and probative to the Defendants unconstitutional conduct toward the Plaintiff on October 7, 2000 and the jury should be allowed to review evidence that the Plaintiff is not the only citizen who has claimed constitutional violations against the Defendant.

The Plaintiff offers as relevant evidence of the Defendants unconstitutional conduct towards other citizens the following complaints and judgments (Exhibit #1):

1. Hamilton v. City of New Haven, 3:00cv099(JCH) (Complaint).

2. Hamilton v. Det. Trocchio, et al, 300cv099(JCH), Judge Warren W. Eginton's Ruling on Defendant's Mot. For a New Trial of Judgment in favor of the Plaintiff for False Imprisonment.

3. Salatto v. Bomablicki, 3:00cv378(SRU), (Complaint).

4. Salatto v. Bomablicki, 3:00cv378(SRU), (Plaintiff's Motion to Enforce Settlement).

5. Greene v. Officer Young, dated March 3:02cv460, (Complaint).

6. Session v. Freeman et al, 3:00cv46(JCH), (Complaint).

7. Colon v. Ortiz, 3:00cv181(SRU), (Complaint and Judgment for the Defendants).

The Plaintiff also respectfully requests that she be allowed to offer other similar Federal Complaints, Judgments, and Civilian Complaints as evidence with the filing of her exhibits with the court prior to trial.

PLAINTIFF *Marty Calderon*

Marty Calderon
P.O. Box 503
Norwalk, CT 06852
(860)593-3592

## CERTIFICATION

I certify that the aforementioned motion was sent via U.S. Mail on September 24, 2005 to the following Defendant's counsel:

Michael A. Wolak, III
Assistant Corporation Counsel
City of New Haven
Office of the Corporation Counsel
165 Church Street, 4th Floor
New Haven, CT 06510
Telephone: (203) 946-7970 or 7958
Fax: (203) 946-7942
E-mail: mwolak@newhavenct.net

PLAINTIFF *Marty Calderon*

Marty Calderon
P.O. Box 503
Norwalk, CT 06852
(860)593-3592

## ORDER

The Plaintiff's motion to compel is hereby granted.

_____
Honorable Judge Stefan R. Underhill