UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 OCT 11  P 1: 03

MARTY CALDERON
    PLAINTIFF
VS.

CASE NO.: 3:02 CV 1767 (SRU)

PAUL CAVALIER, ET AL.
    DEFENDANTS

OCTOBER 8, 2005

## PLAINTIFF'S MOTION TO FILE MOTION IN LIMINE OUT OF TIME TO OFFER RELEVANT EVIDENCE OF OTHER FEDERAL COMPLAINTS AND JUDGMENTS AGAINST THE DEFENDANTS

Pursuant to the Federal Rules of Civil Procedure the Plaintiff respectfully moves the court to allow to file file her Motion In Limine which is not within the time frame of the court's trial scheduling order.

The Plaintiff claims that this Motion In Limine is relevant to the Plaintiff's Offer of Exhibits and the Defendant's Objections to the Plaintiff's proposed Exhibit's for the trial date of October 31, 2005.

The Plaintiff claims that her Motion in Limine does not prejudice the Defendant because he has been on notice due to the Plaintiff discovery requests and the Joint Trial Memorandum that she will introduce as evidence other complaints against the Defendants to prove her claims.

The Plaintiff claims that the Defendant's counsel has litigated similar cases prior to the Plaintiff's complaint and it is not unusual to file this type of motion.

For the foregoing reasons the Plaintiff respectfully requests the court to allow the Plaintiff's Motion In Limine.

1

PLAINTIFF *[signature: Marty Calderon]*

Marty Calderon
P.O. Box 503
Norwalk, CT 06852
(860)593-3592

## CERTIFICATION

I certify that the aforementioned motion was sent via U.S. Mail on October 8, 2005 to the following Defendant's counsel:

    Michael A. Wolak, III
        Assistant Corporation Counsel
        City of New Haven

## ORDER

The Plaintiff's motion to compel is hereby granted.

_____
Honorable Judge Stefan R. Underhill

4