UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 OCT 11  P 1:04

US DISTRICT COURT
BRIDGEPORT, CONN

MARTY CALDERON
    PLAINTIFF
VS.

CASE NO.: 3:02 CV 1767(SRU)

PAUL CAVALIER, ET AL.
    DEFENDANTS

OCTOBER 8, 2005

## PLAINTIFF'S MOTION TO FILE SUPPLEMENTAL COMPLAINT

The Plaintiff hereby respectfully requests the court to allow her to file her Supplemental Complaint pursuant to the Federal Rules of Civil Procedure 15 et sequence.

The Plaintiff claims that she has discovered new information that is relevant to her claims in her Complaints, Amended Complaints, and Supplemental Complaints.

The Plaintiff claims that she could not have discovered the factual information sooner due to the fact that the Defendants have not been willing to release the information to her prior to the date of October 7, 2000.

For the foregoing reasons, the Plaintiff respectfully requests the court to allow the Plaintiff to file her Supplemental Complaint to preserve her claims for trial.

PLAINTIFF _/s/ Marty_

Marty Calderon
P.O. Box 503
Norwalk, CT 06852

1

## CERTIFICATION

I certify that the aforementioned motion was sent via U.S. Mail on October 8, 2005 to the following Defendant's counsel:

Michael A. Wolak, III
Assistant Corporation Counsel
City of New Haven
Office of the Corporation Counsel
165 Church Street, 4th Floor
New Haven, CT 06510
Telephone: (203) 946-7970 or 7958
Fax: (203) 946-7942
E-mail: mwolak@newhavenct.net

PLAINTIFF *[signature]*

Marty Calderon
P.O. Box 503
Norwalk, CT 06852
(860)593-3592