# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**APPEARANCE**

FILED
2005 OCT 14 A 11: 56
U.S. DISTRICT COURT
BRIDGEPORT

CASE NUMBER: 3:02cv01767(SRU)

MARTY CALDERON, Plaintiff vs. OFFICER Paul CAVALIER, And City of New Haven Defendants

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

MARTY CAlderon, (Plaintiff)

(Clerk claims it was not in file)

Date: 10/14/05

Signature: /s/ Marty

Print Clearly or Type Name: Marty CAlderon

Address: PO Box 503, NORWALK, CT 06852

Connecticut Federal Bar Number: ___
Telephone Number: ___
Fax Number: ___
E-mail address: ___

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Atty. Michael Wolak
City of New Haven Counsel
165 Church Street
New Haven, CT

Signature: /s/ Marty

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24