UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 OCT 20 P 1: 03

MARTY CALDERON                    CASE NO.: 3:02 CV 1767 (SRU)
        PLAINTIFF
VS.


PAUL CAVALIER, ET AL.             OCTOBER 17, 2005
        DEFENDANTS

## PLAINTIFF'S MOTION TO COMPEL DISCOVERY OF JUDGMENTS AGAINST THE DEFENDANTS

The Plaintiff respectfully requests the court to compel the Defendants to give the Plaintiff copies of Judgments held against them.

On May 20, 2005, the Plaintiff served Interrogatories and Request for Production on the Defendants. On October 4, 2005 the court held a hearing on the Plaintiff's Motion to Compel the Defendants to answer Discovery requests. The court ordered the Defendants to give the Plaintiff copies of Judgments and/or Civil Complaints filed against the Defendants for the relevant time periods in conjunction with the Plaintiff's lawsuit within 10 days from October 4, 2005.

On Friday, October 14, 2005, the Plaintiff received from the Defendant's Counsel, Attorney Michael Wolak a couple of complaints, but she did not receive copies of the following Judgments held against the City of New Haven:

Charleston Braxton, cv-98-0410699-S, 6/5/2000, $4,500
Burch, Charlotte v. Cavalier, Louis, 3:00cv01952, 7/20/01, $1,500
Burgeson, Joseph, 3:02cv860(AVC), 6/29/05, $800
Foreman, Crystal v. Beckwith, Peter, 3:00cv01562, 9/3/2003, $1,000
Gather, Kelonda, 3:99cv01646, 5/2/2001, $35,000

1

Gracon, Frederick, v. Rubino, Christopher, 3:96cv2265(GLG), 8/18/2000, $5k

Greene, Vivian, v. Young Officer, et al, 3:02cv00460, 4/10/2003, $3,000

Hall, Michael v. Benedetto, Thomas, 3:99cv01724(DJS), 6/18/2001, $25,000

Hartmann, Robert v. Magoveny, John, 3:97cv2504(TFS), 9/25/00, $36,567

Hicks, Jonathan v. Armstrong, 3:98cv1348(AWT), 9/19/02, $7,500

Hinton, Pualine et al. v. E.P. Reynolds, 3:01cv01557(SRU), $5,000

Hinton, Pauline, et al. v. Wilson, Timothy, et al., 3:03cv1061. $3,500

Imperati, Michael v. Broderick, Cary, 3:98cv833(AHN), 2/4/2000, $14, 862

Knight, Richard v. New Haven City of, 3:00 cv166(CFD), $10,000

Lohse, Christopher, 3:97cv01085(GLG), 6/5/2000, $5,000

Long, Daniel v. Dudley Robert, 3:01cv011684, 9/28/2004, $57,380

Pappas, Markos, 3:98cv981(JCH), 9/19/2003, $24,353

Paul, Karl, 3:98cv1447(JCH), 2/13/2001, $4,300

Phoenix, Sophia, 3:99cv01698(AHN), 8/7/2003($32,000)

Rolon, Javier v. Murray, Thomas P., cv00-0434590s, 2/19/2003, $10,000

Salatto, Robert v. Bombalicki, Leo, 3:00cv378(SRU), 6/23/2004, $3,000

Threatt, Matthew v. Califiore, Mare et al, 3:01cv00453, 6/4/2002, $4,900

Tarcotte, Elizabeth et al v. Proto, Robert PI et al, 3:02cv01560, $2,500

Vishos, George v. New Haven Police Dept., 3:02 cv01557, 5/24/2005, $350

Wells, Tessa v. Langston, Diane, 3:03cv01506, 3/18/2005, $23,000

Williams, Waynard, 3:98cv 1503(SRU), 9/7/2000, $750

Worthy, Nathaniel v. Crowley, Raymond, 3:96cv542(WWE), 10/11/2000, $9k

Wylie, Sidney v. New Haven Police Chief, cv02-0471160S, 1/3/2005, $150

Therefore, the Plaintiff respectfully moves the court to compel the Defendants to comply with the Discovery Request Oral Order at the October 4, 2005 hearing prior to the trial date of October 31, 2005.

2

**HEARING REQUESTED**

PLAINTIFF *Marty Cal*

Marty Calderon
P.O. Box 503
Norwalk, CT 06852

**CERTIFICATION**

I certify that the aforementioned motion was sent via U.S. Mail on October 17, 2005 to the following Defendant's counsel:

    Michael A. Wolak, III
    Assistant Corporation Counsel
    City of New Haven
    Office of the Corporation Counsel
    165 Church Street, 4th Floor
    New Haven, CT 06510
    Telephone: (203) 946-7970 or 7958
    Fax: (203) 946-7942
    E-mail: mwolak@newhavenct.net

PLAINTIFF *Marty*

Marty Calderon
P.O. Box 503
Norwalk, CT 06852

3

## **ORDER**

The Plaintiff's motion to compel is hereby granted.

_____
Honorable Judge Stefan R. Underhill

4