UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARTY CALDERON
PLAINTIFF

2005 OCT 25 P 1:40
:CASE NO.:3:02 CV 1767(SRU)
U.S. DISTRICT COURT
BRIDGEPORT, CONN

VS.

PAUL CAVALIER, ET AL.
DEFENDANTS

:OCTOBER 25, 2005

### MOTION TO SUPPLEMENT COMPLAINT

1. Pursuant to the Federal Rules of Civil Procedure 15 et Seq., the Plaintiff moves the court to allow her to file her Supplemental Complaint to add a State of Connecticut Statute Section 52-268 for malicious prosecution damages.

2. The Plaintiff claims that she already claimed in her Amended Complaint dated July 28, 2003 paragraph number 51 but she just needs to add the Statute number.

3. For the foregoing reasons the Plaintiff respectfully requests the court to allow her to file the Supplemental Complaint.

PLAINTIFF _____
MARTY CALDERON
P.O. BOX 503
NORWALK, CT 06852

1

## CERTIFICATION

I certify that the Supplemental Complaint was delivered to the Defendants on October 25, 2005 at:

Attorney Michael A. Wolak, III
City of New Haven
Office of the Corporation Counsel
165 Church Street, 4th Floor
New Haven, CT 06510


PLAINTIFF _/s/ Marty_
MARTY CALDERON
P.O. BOX 503
NORWALK, CT 06852

## ORDER

The Plaintiff aforementioned Motion to Supplement her Complaint is hereby granted.

_____
Judge Stefan R. Underhill