UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 OCT 25  A 10: 08

MARTY CALDERON                              CASE NO.: 3:02 CV 1767 (SRU)
    PLAINTIFF
VS.

PAUL CAVALIER, ET AL.                       OCTOBER 25, 2005
    DEFENDANT

### PLAINTIFF'S OBJECTION TO DEFENDANT'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF OTHER FEDERAL AND INTERNAL AFFAIRS CIVILIAN COMPLAINTS AND JUDGMENTS AGAINST THE DEFENDANTS DATED OCTOBER 17, 2005

The Plaintiff objects to the Defendant's Motion In Limine to exclude evidence related to the Defendant's Police misconduct in the community in that such evidence is relevant and probative to the Plaintiff's claims that the Defendants engage in a policy, custom, and practice of police misconduct including other civilian complaints and Federal/State lawsuits that already have been ajudicated..

The Plaintiff filed this complaint In October of 2002, against the Defendants and the Plaintiff objects to and opposes the Defendants Motion in Limine to exclude evidence of Police Officer's Misconduct for the following reasons based on law.

The Plaintiff filed this action pursuant to claims of civil rights violations under the U.S. Constitution, Connecticut law, and 42 U.S.C. Section 1983. The Plaintiff has claimed in her pleadings that both Officer Paul Cavalier and the City of New Haven violated her civil rights by illegally arresting her in violation of the

1

Defendants is relevant and admissible evidence to prove liability of the Defendants to engage in a custom, policy, or practice to violate a citizens civl rights whether it be in the form of prior civilian complaints or Federal and Sate lawsuits because it is more probative of the fact that the Defendants engage in practices that violate the civilian rights of citizens than prejudicial to the Defendants and to deny the Plaintiff the right to let the jury see this evidence would constitute reversable error.

**HEARING REQUESTED**

PLAINTIFF *(signature)*
Marty Calderon
P.O. Box 503
Norwalk, CT 06852
(860)593-3592

## CERTIFICATION

I certify that the aforementioned motion was delivered on October 25, 2005 to the following Defendant's counsel:

Michael A. Wolak, III
Assistant Corporation Counsel
City of New Haven
Office of the Corporation Counsel
165 Church Street, 4th Floor
New Haven, CT 06510
Telephone: (203) 946-7970 or 7958
Fax: (203) 946-7942
E-mail: mwolak@newhavenct.net

PLAINTIFF _____

Marty Calderon
P.O. Box 503
Norwalk, CT 06852

7