UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARTY CALDERON,<br>　　Plaintiff, | :<br>:<br>: |
| v. | :　CIVIL ACTION NO.<br>:　03:02cv1767(SRU) |
| PAUL CAVALIER,<br>　　Defendant. | :<br>:<br>: |

### VERDICT FORM

We, the jury, unanimously find as follows:

1. Did the plaintiff, MARTY CALDERON, prove by a preponderance of the evidence that the defendant, PAUL CAVALIER, violated her right under Section 1983 to be free from an unlawful arrest?

   　　　Yes _____　　　No __✓__

   *If your answer to question 1 is yes, please proceed to question 2.*
   *If your answer to question 1 is no, please sign and date the verdict form.*


2. Did the plaintiff, MARTY CALDERON, prove by a preponderance of the evidence that she is entitled to compensatory or nominal damages? If so, what amount of damages do you award?

   　　　Compensatory Damages　　　Yes _____　　　No _____
   　　　*If yes, damages in the amount of*:　$ _____

   　　　OR

   　　　Nominal Damages　　　　　　Yes _____　　　No _____
   　　　*If yes, damages in the amount of*:　$ _____

   *Please proceed to Question 3.*

Page 1 of 2

3. Did the plaintiff, MARTY CALDERON, prove by a preponderance of the evidence that she is entitled to punitive damages? If so, what amount of damages do you award?

    Punitive Damages  Yes ____  No ____
    *If yes, damages in the amount of:* $ _____

*Please sign and date this verdict form.*

_____    11/01/2005
    Foreperson            Date