AO 187 (Rev. 7/87) Exhibit and Witness List

United States District Court
District of Connecticut
FILED AT BRIDGEPORT
Nov. 1 2005
Kevin F. Rowe, Clerk
By Alice Montz

# United States District Court

DISTRICT OF _____

Calderon
v.
Cavalier, et al

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 3:02cv1767 (SRU)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Stefan Underhill | Marty Calderon Pro Se | Michael Wolak |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 10-31-05 | Sue Catucci | Alice Montz |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|   |   | 10-31-05 |   |   | Marty Calderon, Ossining, N.Y. Sworn + Test |
| ✓ 85 |   | " |   | ✓ | Seriscope Stub 1996 |
| ✓ 88 |   | " |   | ✓ | Seriscope Stub 1998 |
| ✓ 22 |   | " |   | ✓ | Picture of House |
| ✓ 1 |   | " |   | ✓ | Police Report - Cavalier Report 10-6-00 |
| ✓ 52 |   | " |   | ✓ | Police Report - Santos Statement 10-7-00 |
| ✓ 57 |   | " |   | ✓ | East Haven Police (Kelly) 10-7-00 |
| ✓ 166 |   | " |   | ✓ | Uniform Arrest Report |
| ✓ 44 |   | " |   | ✓ | Oakley House |
| ✓ 55 |   | " |   | ✓ | Superior Court Nolle |
| ✓ 29 |   | " | ✓ | 11-1-05 ✓ | Transcript |
| ✓ 86 |   | " |   | ✓ | Receipt $1500.00 Rivera + Assoc. |
| ✓ 94 |   | " |   | ✓ | Conn Bar Examining Code |
| ✓ 95 |   | " |   | ✓ | Conn Bar Application |
| ✓ 47 |   | " |   | ✓ | Mass Bar Application |
| ✓ 49 |   | " |   | ✓ | NY Bar Application |
| ✓ 40 |   | " |   | ✓ | 2001 Tax Return |
| ✓ 41 |   | " |   | ✓ | 2002 Tax Return |
| ✓ 87 |   | " |   | ✓ | 2003 Tax Return |
| ✓ 89 |   | " |   | ✓ | 1997 Tax Return |
| ✓ 90 |   | " |   | ✓ | 1991 Tax Return |
| ✓ 91 |   | " |   | ✓ | 1992 Tax Return |
| ✓ 92 |   | " |   | ✓ | NH Police Dept. General Order |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Calderon vs. Cavalier   CASE NO. 3:02cv1767(SRU) |
| 148 | | 10-31-05 | ID | | Computer Records for Job Search |
| | A | " | ID | | Case Incident Rpt 12-28-00 - Calderon |
| | | " | | | Paul Cavalier, New Haven, Ct., Sworn + Test |
| ✓ 193 | | " | | ✓ | Ct Law Enforcement Field Manuel |
| ✓ 150 | | " | | ✓ | Ct. General Statute |
| ✓ 117 | | " | | ✓ | General Order - Dept of Police - Domestic Viol. |
| | | 11-1-05 | | | Brian Kelly, East Haven, CT, Sworn + Test |