AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF

Calderon
v.
Cavalieri, et al

EXHIBIT AND WITNESS LIST

CASE NUMBER: 3:02cv1767(SRU)

| | | |
|---|---|---|
| PRESIDING JUDGE  Stefan Underhill | PLAINTIFF'S ATTORNEY  Marty Calderon Pro Se | DEFENDANT'S ATTORNEY |
| TRIAL DATE(S)  10·31·05 | COURT REPORTER  Sue Catucci | COURTROOM DEPUTY  Alice Montz |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| Court 1 | | 10-25-05 | | | Plaintiff's Exhibit List |
| 2 | | 11-1-05 | | | Draft Jury Instructions |
| 3 | | 11-1-05 | | | Verdict Form |
| 4 | | 11-1-05 | | | Note from Jury re: what constitutes an arrest |
| 5 | | 11-1-05 | | | Note from Jury re: Verdict |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.