UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MARTY CALDERON

      v                                                       3:02 CV 1767 (SRU)

PAUL CAVALIER
CITY OF NEW HAVEN
NEW HAVE POLICE DEPARTMENT

## JUDGMENT

This matter came on for trial before a jury and the Honorable Stefan R. Underhill, United States District Judge. On November 1, 2005, after deliberation, the jury returned a verdict in favor of the defendant, Paul Cavalier.

On November 1, 2005 the defendants City of New Haven and the New Haven Police Department's Motion for Judgment as a Matter of Law was granted.

Therefore, it is hereby ORDERED and ADJUDGED that judgment is entered for the defendants against the plaintiff.

Dated at Bridgeport, Connecticut, this 3rd day of November 2005.

KEVIN F. ROWE, Clerk

By /s/   Alice Montz
           Deputy Clerk

Entered on Docket _____