UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 NOV 22 P 12: 19
U.S. DISTRICT COURT
BRIDGEPORT CONN

MARTY CALDERON
    PLAINTIFF
VS.

CASE NO.: 3:02 CV 1767 (SRU)

PAUL CAVALIER, ET AL.
    DEFENDANTS

NOVEMBER 22, 2005

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE A NOTICE OF APPEAL

On November 1, 2005, the Honorable Stefan R. Underhill awarded Judgment as a matter of law to the Defendant's on several claims.

The Plaintiff respecfully requests that the court allow her an extension of time to file a notice of appeal.

The Plaintiff requests an extension of time until January 1, 2006 to file a Notice of Appeal of the Judgment as a matter of law.

For the foregoing reasons the Plaintiff respectfully requests the court to allow the Plaintiff an extension of time to file the Notice of Appeal.

**HEARING REQUESTED**

PLAINTIFF _/s/ Marty_

Marty Calderon
P.O. Box 503
Norwalk, CT 06852

1

## CERTIFICATION

I certify that the aforementioned motion was sent via U.S. Mail on November 22, 2005 to the following Defendant's counsel:

Michael A. Wolak, III
Assistant Corporation Counsel
City of New Haven
Office of the Corporation Counsel
165 Church Street, 4th Floor
New Haven, CT 06510
Telephone: (203) 946-7970 or 7958
Fax: (203) 946-7942
E-mail: mwolak@newhavenct.net

PLAINTIFF _____
Marty Calderon
P.O. Box 503
Norwalk, CT 06852

## ORDER

The Plaintiff's motion for extension of time is hereby granted.

_____
Honorable Judge Stefan R. Underhill