**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

FILED
2005 NOV 22 P 12: 19
U.S. DISTRICT COURT
BRIDGEPORT CONN.

**MARTY CALDERON**
**PLAINTIFF**
VS.

**CASE NO.: 3:02 CV 1767 (SRU)**

**PAUL CAVALIER, ET AL.**
**DEFENDANTS**

**NOVEMBER 22, 2005**

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE A NOTICE OF APPEAL

On November 1, 2005, the Judgment was held in favor of the Defendants on the Plaintiff's false arrest claim.

The Plaintiff respecfully requests that the court allow her an extension of time to file a notice of appeal.

The Plaintiff requests an extension of time of 30 days from the date of the Judge's decision of the Plaintiff's Motion for a new trial.

For the foregoing reasons the Plaintiff respectfully requests the court to allow the Plaintiff an extension of time to file the Notice of Appeal.

**HEARING REQUESTED**

PLAINTIFF _____
Marty Calderon
P.O. Box 503
Norwalk, CT 06852

1

## CERTIFICATION

I certify that the aforementioned motion was sent via U.S. Mail on November 22, 2005 to the following Defendant's counsel:

Michael A. Wolak, III
Assistant Corporation Counsel
City of New Haven
Office of the Corporation Counsel
165 Church Street, 4th Floor
New Haven, CT 06510
Telephone: (203) 946-7970 or 7958
Fax: (203) 946-7942
E-mail: mwolak@newhavenct.net

PLAINTIFF _____
Marty Calderon
P.O. Box 503
Norwalk, CT 06852

## ORDER

The Plaintiff's motion for extension of time is hereby granted.

_____
Honorable Judge Stefan R. Underhill