FORM 2

# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

Calderon

v.

Cavalier, Et. Al.

**FILED**

3:02 CV 01767 (SRU)

2005 NOV 30 P 12:29

CIVIL CASE NO.

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

## MOTION FOR AN EXTENSION OF TIME TO FILE A NOTICE OF APPEAL

Pursuant to F.R.A.P. 4(a)(5), *Marty Calderon* respectfully requests leave
(appealing party)
to file the within notice of appeal out of time. *Marty Calderon* desires to appeal
(appealing party)
the judgment in this action entered on 11/8/05 me , but failed to file a notice of appeal
within the required number of days because: Needs an extension
of time due to financial circumstances.

EXPLAIN HERE THE "EXCUSABLE NEGLECT" OR "GOOD CAUSE" WHICH LED TO
YOUR FAILURE TO FILE A NOTICE OF APPEAL WITHIN THE REQUIRED NUMBER
OF DAYS.

I only make $8.80 an
hour which is enough for
living expenses.

*Marty*
Signature

MARTY CALDERON
Print Name

PO BOX 503

NORWALK, CT
Address          06852

Date: 11/30/05

Telephone Number

**Note:** You may file this form, together with a copy of Form 1,[Notice of Appeal] if you are seeking to appeal a judgment and
did not file a copy of Form 1[Notice of Appeal] within the required time. These forms must be received in the Office of the Clerk
of the U.S. District Court no later than 30 days after the expiration of the time prescribed by Rule 4(a) FRAP.