FORM 1

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2005 DEC -7 P 12: 01

U.S. DISTRICT COURT
BRIDGEPORT, CONN

MARTY CAlderon

v.

Paul Cavalier et. al.

CIVIL CASE NO. 3:02CV1767 (SRU)

NOTICE OF APPEAL

1. Pursuant to F. R. A. P. 4(a)(1), __MARTY CAlderon__ hereby gives notice and
(appealing party)
appeals to the United States Court of Appeals for the Second Circuit from the following

Judgment or Order (describe the Judgment or Order):

1) Motion For Judgment as a Matter of Law granted Against City of New Haven  2) Jury verdict For defendant, Paul Cavalier

2. The Judgment /Order in this action was entered on __11/3/05__.
(date)

_____
Signature

MARTY CAlderon
Print Name

PO Box 503
Norwalk, CT 06852
Address

None
Telephone Number

Date: 12/7/05

Note: You may use this form to take an appeal provided that it is received by the Office of the Clerk of the U.S. District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).