# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED

2005 DEC -7 A 11:47

## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS
## PURSUANT TO 28 U.S.C. § 1915

US DISTRICT COURT
BRIDGEPORT, CONN

MARTY CAlderon
_____
Plaintiff(s),

v.

Paul Cavalier et Al
_____
Defendant(s).

Case No. 3:02cv01767 (SRU)

(NOTICE OF APPEAL)
see Attached

I request leave to commence this civil action without prepayment of fees, costs, or security therefor pursuant to 28 U.S.C. § 1915. In support of my request, I submit the attached financial affidavit and state that:

(1) I am unable to pay such fees, costs, or give security therefor.
(2) I am entitled to commence this action against the defendant(s).
(3) I request that the court direct the United States Marshal's Service to serve process.

_Marty Calde_
Original Signature

MARTY CAlderon
Name (print or type)

PO Box 503
Street Address

Norwalk, CT 06852
City       State       Zip Code

(   )  none
Telephone Number

Rev.10/3/05                                              1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FINANCIAL AFFIDAVIT IN SUPPORT OF
MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS
PURSUANT TO 28 U.S.C. § 1915

MARTY CAldern
_____
Plaintiff(s),

v.

Paul CAVAler et al.
_____
Defendant(s).

Case No. 3:02-CV01767(SRU)
(Notice of Appeal)
(See Attached)

I declare that:

(1) I am unable to pay such fees, costs, or give security therefor.

(2) I am entitled to commence this action against the defendant(s).

I further state that the responses I have made to the questions below relating to my ability to pay the cost of prosecuting this action and other matters are true.

**MARITAL STATUS**
Single ____ Married ✓ Separated ____ Divorced ✓
If separated or divorced, are you paying any support or any form of maintenance?
Yes ____ No ✓
Dependents: Wife ____ Children # ____ Others # ____
and relationship _____
Please provide the names and ages of your children. If a child is a minor, please identify the child by initials only.
Name  Joshua Santos          Age 28
Name  Christopher Santos     Age 30
Name  Linda Santos           Age 23

**RESIDENCE**
Street Address: 3 Marble Avenue
City: Ossining  State: NY
Zip Code: 10562  Telephone: None

**EDUCATION**
Please circle the highest level of formal education you have received:
Grammar School   K 1 2 3 4 5 6 7 8        High School   9 10 11 12
College   1 2 3 4   (Post-Graduate)   1 2 3 4   JD

**EMPLOYMENT**
If <u>employed</u> at present, complete the following:
Name of employer: _____Sharper Image_____
Address of employer: _____125 Westchester Ave. NY 10528_____
How long employed by present employer: _____Since November 2005_____
Income:   Monthly _____   Weekly $264.00

If <u>self-employed</u> state weekly wages: _____
What is the nature of your employment? _____

If <u>unemployed</u> at present, complete the following:
I have been unemployed since the _____ day of _____, 19_____
The name of my last employer: _____
Address: _____
Telephone #: (___) _____
The last salary or wages received: _____

If <u>spouse</u> is employed, please complete the following:
Name of employer: _____
How long employed: _____
Income:   Monthly _____   Weekly _____
What is the nature of spouse's employment? _____

If on <u>welfare</u> or receiving <u>unemployment benefits</u> complete the following:
I have been on welfare or receiving (unemployment) benefits
since: _____9/23/05_____
I am receiving $ _____ monthly _____ weekly $50.00
for myself and family of _____.

If receiving <u>social security</u>, <u>disability</u> or <u>workers' compensation</u> benefits complete the following:
I have been receiving social security, disability or workers' compensation benefits
since: _____.
I am receiving $ _____ monthly _____ weekly _____.

**FINANCIAL STATUS**
Owner of real property?  Yes _____  No  X
If yes, description: _____
Address: _____
In whose name? _____
Estimated value: _____

Rev.10/3/05                                    3

Amount owed: _____
Owed to: _____
Total: _____ Monthly payment _____

Owed to: _____
Total: _____ Monthly payment _____
Annual income from property: _____

**Other property:**
Automobile: Make _Mercedes_ Model _GUE_ Year _1989_
Registered owner(s) name(s): _MARTY Calderon_
Present value of automobile: _1,500.00_
Owed to: _nobody_
Amount owed: _1990 740 Volvo, Value = $500.00_

Cash or Securities on hand:
Cash in banks and savings and loan associations: _____
Names and addresses of banks and associations: _____

Stocks or bonds owned:
Indicate current value and name of company and number of shares of stock or identify bonds: _____

**OBLIGATIONS:**
Monthly rental on house or apartment:              $ _680.00 (includes security)_
Monthly mortgage payment on house:                 $ _____
Gas ~~bill per month:~~ _Full Car_                 $ _160.00_
~~Electric bill per month:~~ _Bus Fare_            $ _96.00_
~~Phone bill per month:~~ _Food_                   $ _280.00_
Car payments per month:                            $ _____
Car insurance payments per month:                  $ _88.00_
Other types of insurance payments per month        $ _____
Monthly payments to retail merchants:              $ _____
  Please list: _____                     $ _____
  Please list: _____                     $ _____
Monthly payments on any other outstanding
loans or debts:                                    $ _72.00_
  Please list: _Storage_                           $ _____
  Please list: _____                     $ _____
Any money owed to doctors, hospitals, lawyers
  Please list: _Emergency rm_                      $ _____
  Please list: _$1,000.00_                         $ _____
Monthly payment for maintenance or child support

under separation or dissolution agreement:      $ _____
Estimated monthly expenditure on food:           $ _____
Estimated monthly expenditure on clothing:       $ _____

Total amount of monthly obligations:             $ 1,376.00

Other information pertinent to financial status: (Include stocks, bonds, savings bonds, interests in trusts either owned or jointly owned):

_____
_____
_____

## PREVIOUS LITIGATION:

If you have ever filed a case in this district, provide the following information for each case you have filed. If you need additional space, please continue on a separate sheet.

| Case Number | Case Caption | Disposition of Case |
|---|---|---|
| 1. 3:04CV1562 | Calderon v. Chonski | OPEN |
| 2. | Calderon v. Yale | Closed |
| 3. | Calderon v. McDonalds | Closed |
| 4. | | |
| 5. | | |

Date: 12/7/05                    _Marty Calderon_
                                 **Original Signature of Affiant**

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Date: 12/7/05                    _Marty Calderon_
                                 **Original Signature of Affiant**

Rev.10/3/05                      5