## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED

**MARTY CALDERON**

**CASE NO.: 3:02 CV 1767 (SRU)**

**VS.**

U.S. DISTRICT COURT
BRIDGEPORT, CONN

**PAUL CAVALIER, ET AL.**

**JANUARY 4, 2006**

### PLAINTIFF'S MOTION FOR TRANSCRIPT OF THE TRIAL FOR APPEAL

### PURSUANT TO 28 U.S.C. SECTION 1915 (C)(1)(2)

Pursuant to the Federal Rules of Civil Procedure 28 U.S.C. Section 1915 (c)(1)(2), the Plaintiff respectfully asks the court to order a transcript of the trial dates, October 31, 2005 and November 1, 2005 for the U.S. Second Circuit Court of Appeals and the Plaintiff in that the Plaintiff has filed her Notice of Appeal Informa Pauperis as granted by the presiding Honorable Judge Stefan R. Underhill

The Plaintiff claims that according to the FRP 28 U.S.C. Section 1915, when a Plaintiff proceeds on Appeal Informa Pauperis the court can produce the transcript for the appeal in order that the appeal may be heard properly.

The Plaintiff-Appellant claims that she will need a copy of the two day transcript to properly proceed on appeal and she does not have the funds to purchase the transcript.

The Plaintiff claims that her financial condition has not changed since the filing of the Notice of Appeal Informa Pauperis.

For the aforementioned reasons the Plaintiff respectfully requests the court to order a copy of the transcript of the trial for the Plaintiff's Appeal pursuant to 28 U.S.C. Section 1915 et sequence.

1

THE PLAINTIFF

BY: _____

Marty Calderon, Pro Se
P.O. Box 503
Norwalk, CT  06852

## CERTIFICATION

I certify that the Plaintiff has mailed her FRCP 59 Motion for a New Trial, on January 4, 2006 by U.S. mail to:

> Michael A. Wolak, III
> Assistant Corporation Counsel
> 165 Church St., 4th floor
> New Haven, CT  06510
> Federal Bar # ct12681
> Telephone: (203) 946-7970
> Fax # (203) 946-7942
> E-mail: mwolak@newhavenct.net
> Their Attorney

THE PLAINTIFF

BY: _____

Marty Calderon, Pro Se
P.O. Box 503
Norwalk, CT  06852

ORDER


The aforementioned Plaintiff's Motion is hereby granted.


---------------------------------

Judge Stefan R. Underhill