UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARTY CALDERON

VS.

PAUL CAVALIER, ET AL.

CASE NO.: 3:02 CV 1767 (SRU)

FEBRUARY 27, 2006

FILED
2006 MAR -1  P 12: 39
U.S. DISTRICT COURT
BPRG. CONN

## PLAINTIFF'S MOTION FOR DISTRICT COURT TO WAIVE COST OF PRETRIAL HEARING TRANSCRIPTS FOR APPEAL

The Plaintiff respectfully requests the court to waive the costs of the pretrial hearings in this matter that occurred in October of 2005.

The Plaintiff claims that the court granted the Plaintiff a Motion to Proceed Informa Pauperis for the Plaintiff's Appeal in this case and the court granted the Plaintiff a waiver of costs for the trial transcript, however, the Plaintiff claims that she also need the pretrial transcripts for two dates in October of 2005 in which hearings were held and the court ruled on the admission of the Plaintiff's proposed Exhibits as evidence.

The Plaintiff claims that these pretrial hearing transcripts are pertinent to her appeal of the case in that the court denied a substantial amount of evidentiary exhibits that the Plaintiff proposed to offer at trial and the Plaintiff objected to the court's granting the Defendant's Motion in Limine regarding the Plaintiff's evidence.

The Plaintiff claims that the court's ruling on the admissibility of the Plaintiff's evidentiary exhibits is relevant to the Plaintiff's appeal issues.

1

It is for the foregoing reasons that the Plaintiff respectfully requests the court to waive the costs of the pretrial hearing transcripts in October of 2005.

THE PLAINTIFF
BY: *Marty Cal*

Marty Calderon, Pro Se
P.O. Box 503
Norwalk, CT  06852

## CERTIFICATION

I certify that the Plaintiff has mailed the aforementioned to the Defendants on February 28, 2006 by U.S. mail to:

Michael A. Wolak, III
Assistant Corporation Counsel
165 Church St., 4th floor
New Haven, CT  06510
Federal Bar # ct12681

THE PLAINTIFF
BY: *Marty Cal*

Marty Calderon, Pro Se
P.O. Box 503
Norwalk, CT  06852

## ORDER

    The Plaintiff's Motion to Waive the costs of the pretrial transcripts is hereby granted.

_____
Honorable Judge Stefan R. Underhill