UNITED STATES DISTRICT COURT FILED
DISTRICT OF CONNECTICUT

**MARTY CALDERON**  2006 OCT -2  P 4: 46

**VS.** CASE NO.: 3:02 CV 1767 (SRU)

U.S. DISTRICT COURT

**PAUL CAVALIER, ET AL.**  SEPTEMBER 30, 2006

## MOTION FOR THE FEDERAL DISTRICT COURT JUDGE TO ISSUE AN ARREST WARRANT AGAINST CHRISTOPHER SANTOS, DATE OF BIRTH, DECEMBER 22, 1955

On or about the week of October 4, 2002, the Plaintiff instituted this civil action against the Defendants, the City of New Haven and City of New Haven, Police Officer, Paul Cavalier for various civil rights violations and U.S. Constitution Fourth Amendment violations.

The Plaintiff's basis claim was that the Defendants violated the Plaintiff's right to remain lawfully in her premises of 22 years, 43 Prospect Place Ext., East Haven, CT 06512, her house which she was the sole owner of at 4:30 a.m. on October 7, 2000. The Plaintiff had also submitted to a polygraph examination to support her claims.

The Plaintiff had claimed that the Defendants unlawfully arrested her falsely, based on a loose accusation, by the Plaintiff's ex-husband, Christopher Santos, DOB, 12/22/55 and social security number           who was residing in New Haven, Connecticut. The Plaintiff claims that the Defendants did not witness any of the alleged accusation allegedly made by the aforementioned, Christopher Santos to the Defendant, Police Officer Paul Cavalier and the Defendants had no legal right to arrest the Plaintiff in East Haven, CT outside of their jurisdiction of New Haven, CT based on a loose and

1

false accusation by Christopher Santos who has a (2) two page felony convictions records which consists of serious drug dealing, carrying guns, assaulting neighbors and assaulting the Plaintiff.

The Plaintiff had filed a motion to set aside the verdict of the jury that the Defendants were not guilty and then the presiding Judge Stefan R. Underhill ruled in September of 2006 that he would not set aside the verdict of the jury. The Plaintiff has stated that she wants to appeal the verdict of the jury and various other motions that were filed by the Plaintiff during a (3) year pre-trial and (2) day trial of the case.

At the Plaintiff's trial of the case, on October 31, 2005 and November 1, 2005, Christopher Santos was never called to testify against the Plaintiff in the matter, although, allegedly he signed a statement to the Defendants, claiming that the Plaintiff had threatened him on October 6, 2000.

The Plaintiff has reason to believe that sometime prior to and/or during and/or after the Plaintiff's trial in this matter, Mr. Christopher Santos left the State of Connecticut of which he has resided in flight from the Plaintiff, after the Plaintiff sued the New Haven Police Department for her false arrest based on an alleged complaint by Mr. Christopher Santos.

In the past, the Plaintiff had a permanent restraining order against Mr. Christopher Santos, issued to him in 1993 by the Honorable Judge Jones at New Haven, CT Superior Court, restraining Mr. Santos from contacting the Plaintiff and her children until her children reached their 18th birthday, which would have been until the year of July, 2000.

Mr. Christopher Santos violated the restraining order in the Spring of 2000, by coming to the Plaintiff's home in East Haven, Connecticut prior to the Plaintiff's

daughter turning (18) years old on July 5, 2000.

The Plaintiff also claims that when the Plaintiff was (13) thirteen years old, Mr. Christopher Santos, kidnapped her, committed statutory rape on the Plaintiff, caused her to be impregnated with her first child, Christopher Michael Santos, and took the Plaintiff to Puerto Rico on an airplane. The Plaintiff's mother, Argie Calderon, had to call the police and the Plaintiff's school to try and locate the Plaintiff when she was kidnapped by Mr. Christopher Santos. The Plaintiff claims that Mr. Christopher Santos illegally imprisoned the Plaintiff in the State and counties of Puerto Rico when she was (13) thirteen years old, in an effort to have illegal sexual intercourse with her against her will. The Plaintiff claims that Mr. Christopher Santos also tortured the Plaintiff thereafter sexually and physically for many years thereafter and the Plaintiff claims that on October 6, 2000, Mr. Christopher Santos conspired to have the Plaintiff illegally arrested by the Defendants in this matter for a crime which the Plaintiff could never have committed in the first place. The Plaintiff has endured sever emotional distress as a result of this matter and unlawful, harassment by the Defendants and Mr. Christopher Santos.

The Plaintiff claims that on September 15, 2006, Mr. Christopher Santos made an attempt to contact the Plaintiff at her residence in Norwalk, Connecticut. Mr. Christopher Santos asked if he could come to the Plaintiff's residence located at, 40 Martin Luther King Blvd., Norwalk, Connecticut. The Plaintiff emphatically told him "no" under any circumstances, that Mr. Santos was not to come close to the Plaintiff's place of residence in Norwalk, Connecticut on September 15, 2006.

On September 28, 2006, the Plaintiff's 1990 Volvo mechanically broke down and she had to have her car towed on September 29, 2006 and it cost her $100.00 cash to tow

the vehicle.

The Plaintiff has been living and working in Norwalk, Connecticut for the past (6) six months, has no means of transportation by a vehicle and does not have enough funds to move out of the state, away from Mr. Christopher Santos.

On September 29, 2006, the Plaintiff was forced to walk home after leaving her job in Norwalk, Connecticut at 5:00p.m. and the Plaintiff claims that it takes approximately (30) thirty minutes to get back home to 40 Martin Luther King. Blvd. in Norwalk, CT. The Plaintiff claims that her place of residence is on the right side of the street of Martin Luther King Blvd. within 2-3 minutes from the intersection of North Main Street and Martin Luther King Blvd. in Norwalk, CT.

The Plaintiff claims that when one is walking from her place of work near Belden Avenue in Norwalk, CT, that she has to walk past West Ridge Condominiums located at 2 West Ave. in Norwalk, CT which is directly next to the intersection of North Main Street and Martin Luther King Blvd. in Norwalk, CT.

The Plaintiff claims that at approximately 5:30 p.m. on September 29, 2006, when the Plaintiff was walking home from work because her car was broke down, as she was passing by West Ridge Condominiums, less than (8) eight houses away from her place of residence at 40 Martin Luther King Blvd. and Mount Zion Apostolic Church, the Plaintiff's ex-husband was parked with his big black new pickup truck on the sidewalk of West Ridge Condominiums with a "TEXAS" license plate number.

It is believed that Mr. Christopher Santos was in flight to the state of Texas during the pendency of these proceedings, and that he came back to reside in the State of Connecticut now that the trial is over. The Plaintiff claims that on September 29, 2006,

Mr. Christopher Santos, after been told by the Plaintiff to not come near her residence on September 15, 2006, intentionally proceeded to stalk the Plaintiff in the City of Norwalk, Connecticut on or about September 29, 2006, and proceeded to place the Plaintiff in imminent fear of her safety by the fact that Mr. Christopher Santos illegally proceeded to drive from New Haven, Connecticut, on September 29, 2006 and lie in wait of the Plaintiff walking back from her place of work in Norwalk, Connecticut to her place of residence on Martin Luther King Blvd., Norwalk, Connecticut.

The Plaintiff claims that Mr. Christopher Santos is intentionally harassing her because she filed a lawsuit against the Defendants in this matter, and that he thinks it is amusing to come near the Plaintiff's place of residence.

The Plaintiff claims that on September 29, 2006 at approximately 5:40p.m. until sometimes after 6:00 p.m., the Plaintiff was forced to go to the Norwalk, CT police Department at which point she notified both Norwalk, Connecticut Police Officer's, Officer Mocha, and Officer Vento, Badge #V007, complaint #06-49404, that Mr. Christopher Santos was told to stay away from the Plaintiff's place of residence after he threatened to come to her home on September 15, 2006.

The Plaintiff claims that she reported to Norwalk Police Officer Vento, the "TEXAS" license plate number of Mr. Christopher Santos, and she asked Officer Vento to try and locate Mr. Christopher Santos and tell him not to come near the Plaintiff.

The Plaintiff claims that Mr. Christopher Santos is violating state and Federal Civil and Criminal law and the following statutes by continually harassing the Plaintiff for (32) years and that Mr. Christopher Santos is psychotically unstable and dangerous and has threatened the Plaintiff with a gun and other neighbors in the past (32) years.

The Plaintiff claims that Mr. Christopher Santos has violated the following criminal and civil laws:

1.) Connecticut General Statutes 14-12 and 14-12(a), (60) sixty day motor vehicle registration requirement for an out of state (TEXAS) motor vehicle.

2.) C.G.S. Sec. 53-37(b), 53a-62 Deprivation of a person equal rights and privileges by force or threat and conspiring with another to deprive the Plaintiff of her equal protection of the laws of this state.

3.) C.G. S. Sec. 53-39 Malicious Prosecution and false prosecution.

4.) C.G.S. Sec. 53(a)-107-109-Criminal Trespass

5.) C.G.S. Sec. 53a-62 Threatening

6.) C.G.S. Sec. 53a-96 Unlawful Restraint

7.) C.G.S. Sec. 53a-106 Perjury in an impending official proceeding

8.) C.G.S. Sec. 53a-156 and 157(b) False Statement and lied in wait

9.) C.G.S. Sec. 53a-18(d) Stalking in the second degree

10.)    C.G.S. Sec. 53a-182 Disorderly Conduct

11.)    18 U.S.C. Sec. 2261 Interstate Domestic Violence (traveling from the state of Texas to Connecticut to commit stalking and Domestic Violence against the Plaintiff in Norwalk, CT.

12.)    18 U.S.C. Sec. 2241 aggravated sexual abuse and torture of the Plaintiff.

In addition, the Plaintiff claims pursuant to the False Imprisonment Act of Sec. 212.3 of the American Inst. Model Penal Code (1962), Christopher Santos Falsely has imprisoned the Plaintiff in this matter, Harassed her pursuant to same code section 250.4, obstructed the Plaintiff at her place of residence pursuant to same

code section 250.7.

The Plaintiff respectfully requests the Honorable Stefan R. Underhill to execute a warrant for the arrest of Christopher Santos pursuant to state and federal law, the Plaintiff's ex-husband for violations of federal and state law and to restrain Mr. Christopher Santos from coming near the Plaintiff's place of residence in Norwalk, Connecticut.

The Plaintiff claims that she moved to Norwalk, Connecticut in the year of 2002, and she has held at least (6) six jobs in Norwalk, Connecticut since the year of 2002, and this is her place of residence and she has the rights and privileges of the United States of America to remain here free from harassment and harm of Mr. Christopher Santos.

The Plaintiff requests a preliminary hearing in the matter and requests the court to locate and order Mr. Santos to stay away from the Plaintiff in the meantime. The Plaintiff claims that Mr. Christopher Santos might commit further acts of violence and stalking of the Plaintiff if the court does not grant her motion.

It is for the aforementioned mentioned reasons that the Plaintiff respectfully requests the court to grant the Plaintiff a Motion to execute an arrest warrant of Mr. Christopher Santos for all the crimes aforementioned , as a matter of law.

**HEARING REQUESTED**

THE PLAINTIFF

BY: *[signature: Marty Ca]*

Marty Calderon, Pro Se
P.O. Box 503
Norwalk, CT  06852

## CERTIFICATION

I certify that the Plaintiff has mailed her Motion, on September 30, 2006 by U.S. mail to:

>Michael A. Wolak, III
>Assistant Corporation Counsel
>165 Church St., 4th floor
>New Haven, CT  06510
>Federal Bar # ct12681
>Telephone: (203) 946-7970
>Fax # (203) 946-7942
>E-mail:

>THE PLAINTIFF

>BY: /s/ Marty Calderon

>Marty Calderon, Pro Se
>P.O. Box 503
>Norwalk, CT  06852

Exhibit #1

DATE 9-29-06   CASE # 06-49464

# NORWALK POLICE
ONE MONROE STREET
NORWALK, CT 06854   (203) 854-3000

The above case number has been assigned to your complaint. When making inquiry about your case, kindly refer to the assigned case **NUMBER.**

OFFICER Vento #V007

ORDER

The aforementioned Plaintiff's Motion to Execute an arrest warrant is hereby granted.

_____

Judge Stefan R. Underhill