# MANDATE

**UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007**

Catherine O'Hagan Wolfe
CLERK

DCCT / NHCT
02 cv 1767
Underhill

FILED 2007 JUN 25 P 3:01

Date:               6/19/07
Docket Number:      05-6655-cv
Short Title:        Calderon v. Cavalier
DC Docket Number:   02-cv-1767
DC:                 CONNECTICUT (NEW HAVEN)
DC Judge:           Honorable Stefan Underhil

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 19th day of JUNE, two thousand seven.

Marty Calderon,

   Plaintiff-Appellant,

v.

Paul Cavalier, Ofcr,

   Defendant-Appellee.



A scheduling order in accordance with the *Civil Appeals Management Plan* of this court having been entered therein, requiring the record on appeal, the appellant's brief and the joint appendix to be filed on or before the dates stated on the scheduling order, and also providing that in the event of default by the appellant the appeal shall be dismissed forthwith, and it appearing that the appellant has so defaulted,

Upon consideration of the appeal herein it is **ORDERED** that the appeal be, and it hereby is **DISMISSED**. Any motions pending prior to the entry of this order of dismissal are deemed **MOOT**.

For the Court,
Catherine O'Hagan Wolfe, Clerk

By: Eddie Andino
Deputy Clerk

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk

by _____
    DEPUTY CLERK

CERTIFIED 6/19/07