**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

**ROBERTA D. TABORA**
CLERK

TEL. NO. 579-5861
(AREA CODE 203)

**ELSIE MATA**
CHIEF DEPUTY CLERK

**CHRYSTINE CODY**
DEPUTY-IN-CHARGE
BRIDGEPORT

January 16, 2008

Marty Calderon
P.O. Box 503
Norwalk, CT   06852

Re: Case Name: Calderon v Cavalier, et
    Number: 3:02cv1767 (SRU)

Dear Ms. Calderon:

As the above matter has been disposed of in this court:

Enclosed is/are the following exhibit(s):

See Document [185] enclosed.

Please acknowledge receipt of the exhibits on the copy of this letter and return it to the Clerk's Office in the envelope provided.

Thank you for your cooperation.

Sincerely,

Roberta D. Tabora, Clerk

BY ___/s/_____
     Alice Montz
     Deputy Clerk

ACKNOWLEDGMENT:_____     DATE:_____