**UNITED STATES DISTRICT COURT**

DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

**ROBERTA D. TABORA**
CLERK

TEL. NO. 579-5861
(AREA CODE 203)

**ELSIE MATA**
CHIEF DEPUTY CLERK

**CHRYSTINE CODY**
DEPUTY-IN-CHARGE
BRIDGEPORT

January 16, 2008

Michael A. Wolak, III
Office of Corporation Counsel
City of New Haven
165 Church St., 4th Floor
New Haven, CT 06510

      Re: Case Name: Calderon v Cavalier, et
           Number: 3:02cv1767 (SRU)

Dear Attorney:

As the above matter has been disposed of in this court:

Enclosed is/are the following exhibit(s):

    Defendant's Exhibit A

Please acknowledge receipt of the exhibits on the copy of this letter and return it to the Clerk's Office in the envelope provided.

Thank you for your cooperation.

                      Sincerely,

                      Roberta D. Tabora, Clerk

                      BY ____/s/_____
                          Alice Montz
                          Deputy Clerk

ACKNOWLEDGMENT: _____    DATE: _____